# EXHIBIT A

**Registration Number**
**SR 924-376**
**Effective Date of Registration:**
January 25, 2022
**Registration Decision Date:**
March 24, 2022

## Title

**Title of Work:** Mario & Chill

**Content Title:** Rainbow Road

Overworld

Odyssey

Dire Dire Docks

Steam Gardens

Gusty Garden Galaxy

Deep Castle

Rosalina

Luma

Piranha Plant Lullaby

Staff Roll

Game Over

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 03, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Chris Davidson
  **Author Created:** sound recording
  **Citizen of:** United States

**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GameChops LLC
522 S 46th St, Apt 3, Philadelphia, PA, 19143, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** sound recording, Musical compositions from the video game series Super Mario (Nintendo)

**New material included in claim:** sound recording

## Rights and Permissions

**Organization Name:** Morado Law PLLC
**Name:** Heather Morado
**Email:** hmorado@moradolaw.com
**Telephone:** (206)579-9032
**Address:** 600 University St
Ste f620
Seattle, WA 98101 United States

## Certification

**Name:** Heather Morado
**Date:** January 25, 2022

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective work.