# EXHIBIT C

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

# Exhibit A

**COMPOSITION INFORMATION**

Title: Another Him
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Another Him
Length: 1:07

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: Field of Hopes and Dreams
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Field of Hopes and Dreams
Length: 3:39

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act (“Copyright Act”), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law (“Licensing Efforts”). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

**Exhibit A**

**COMPOSITION INFORMATION**

Title: Lancer
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Lancer
Length: 1:31

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

# DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

### COMPOSITION INFORMATION

Title: Scarlet Forest
Author(s): Toby Fox

### ALBUM INFORMATION

Title: Deltarune & Sleep
Release date: September 30, 2025

### TRACK INFORMATION

Title: Scarlet Forest
Length: 3:41

### LICENSEE

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

### CONFIGURATION

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

# DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: My Castle Town
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: My Castle Town
Length: 2:52

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: Welcome to the City
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Welcome to the City
Length: 3:42

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act (“Copyright Act”), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law (“Licensing Efforts”). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

**Exhibit A**

**COMPOSITION INFORMATION**

Title: The World Revolving
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: The World Revolving
Length: 4:02

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: It's Pronounced "Rules"
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: It's Pronounced "Rules"
Length: 2:07

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act (“Copyright Act”), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law (“Licensing Efforts”). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: Queen
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Queen
Length: 1:26

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

### COMPOSITION INFORMATION

Title: Acid Tunnel of Love
Author(s): Toby Fox

### ALBUM INFORMATION

Title: Deltarune & Sleep
Release date: September 30, 2025

### TRACK INFORMATION

Title: Acid Tunnel of Love
Length: 2:08

### LICENSEE

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

### CONFIGURATION

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: Lost Girl
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Lost Girl
Length: 3:44

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: [https://www.distrokid.com/contact](https://www.distrokid.com/contact)

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: Ruder Buster
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Ruder Buster
Length: 2:49

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

# DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

### COMPOSITION INFORMATION

Title: Raise Up Your Bat
Author(s): Toby Fox

### ALBUM INFORMATION

Title: Deltarune & Sleep
Release date: September 30, 2025

### TRACK INFORMATION

Title: Raise Up Your Bat
Length: 3:20

### LICENSEE

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

### CONFIGURATION

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

# DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: Paradise, Paradise
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Paradise, Paradise
Length: 3:01

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

# DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: Adventure Board
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Adventure Board
Length: 2:55

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

### COMPOSITION INFORMATION

Title: Black Knife
Author(s): Toby Fox

### ALBUM INFORMATION

Title: Deltarune & Sleep
Release date: September 30, 2025

### TRACK INFORMATION

Title: Black Knife
Length: 2:38

### LICENSEE

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

### CONFIGURATION

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

# DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: [https://www.distrokid.com/contact](https://www.distrokid.com/contact)

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: Another Day in Hometown
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Another Day in Hometown
Length: 3:19

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

**Exhibit A**

**COMPOSITION INFORMATION**

Title: Hammer of Justice
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: Hammer of Justice
Length: 4:19

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

**DISTROKID**

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License(s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: [https://www.distrokid.com/contact](https://www.distrokid.com/contact)

Sincerely,
DistroKid

## Exhibit A

**COMPOSITION INFORMATION**

Title: The Third Sanctuary
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: The Third Sanctuary
Length: 5:11

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

**Exhibit A**

**COMPOSITION INFORMATION**

Title: The Place Where it Rained
Author(s): Toby Fox

**ALBUM INFORMATION**

Title: Deltarune & Sleep
Release date: September 30, 2025

**TRACK INFORMATION**

Title: The Place Where it Rained
Length: 3:10

**LICENSEE**

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

**CONFIGURATION**

Digital phonorecord delivery ("DPD")

Chris Davidson
[redacted]
Philadelphia, PA 19146
United States

DISTROKID

Confirmation of License to Make and Distribute Digital Phonorecords

---

Thank you for using DistroKid.

This letter serves as confirmation that DistroKid either: (i) has secured, on your behalf, mechanical license(s) ("License (s)") for the above named Licensee to make certain reproductions eligible for licensing, either via a direct license or the compulsory licensing procedure provided under Section 115 of the US Copyright Act ("Copyright Act"), or (ii) is engaging in good-faith, commercially reasonable efforts to identify and locate the appropriate rightsholder(s) from which to secure such License(s), pursuant to applicable law ("Licensing Efforts"). The reproductions will be limited to the musical work(s) ("Composition(s)") distributed by DistroKid, and the format(s) specified in Exhibit A, attached hereto.

1. The License(s) are limited to the reproduction of the recordings specified in Exhibit A;
2. You are required to make best efforts to include the names of the songwriter(s) listed in Exhibit A, in the metadata or label copy for all reproductions made under the License(s);
3. Your authorization to manufacture and distribute the Composition(s) is limited to the configurations specified in Exhibit A, and the reproductions distributed by DistroKid in the United States of America and its territories and possessions; and
4. Your authorization is limited to the reproduction of the Composition(s), and does not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition (s), or create a derivative work of the Composition(s) within the meaning of the term under Section 101 of the Copyright Act.

DistroKid will pay all publishing royalties required under the License(s) to the appropriate rightsholder(s), or hold all accrued, required publishing royalties until such time as the appropriate rightsholder(s) is identified, as the case may be, for the quantities and configurations of the Composition(s) in Exhibit A.

It is necessary to secure a mechanical license, or to engage in sufficient Licensing Efforts until such time a mechanical license is secured, prior to distribution of phonorecords, even for digital copies. If you have used DistroKid to secure a license following distribution, DistroKid cannot guarantee the validity or enforceability of the License(s), and you remain liable for any adverse claim from the applicable rights holders.

The Licensee is still responsible for complying with these terms as well as the provisions of the DistroKid Distribution Agreement. Failure to do so may invalidate the License(s) and relieves DistroKid, along with its subsidiaries, affiliates, partners, directories, officers, employees, and representatives from any and all liability.

We appreciate your business. Please contact our support team if you have any further questions: https://www.distrokid.com/contact

Sincerely,
DistroKid

## Exhibit A

### COMPOSITION INFORMATION

Title: Neverending Night
Author(s): Toby Fox

### ALBUM INFORMATION

Title: Deltarune & Sleep
Release date: September 30, 2025

### TRACK INFORMATION

Title: Neverending Night
Length: 2:00

### LICENSEE

Chris Davidson
GameChops LLC
[redacted]
Philadelphia, PA 19146
United States

Telephone: (845) 641-0354

### CONFIGURATION

Digital phonorecord delivery ("DPD")