# EXHIBIT D

Materia YouTube DMCA Takedowns

| | Video title | Channel | Video ID | Content allegedly used | Removal request issued by |
|---|---|---|---|---|---|
| 1 | Undertale Remixed ▸ Spider Dance ▸ Holder Remix | GameChops | rvXm2TNLfnQ | Spider Dance | Materia Music Inc. o/b/o Royal Sciences LLC |
| 2 | Undertale Remixed ▸ Bonetrousle ▸ Holder Remix | GameChops | o26ZJjwi-n8 | Bonetrousle | Materia Music Inc. o/b/o Royal Sciences LLC |
| 3 | Undertale Remix ▸ Last Goodbye ▸ Hyleo Happy Hardcore Remix | GameChops | nqqYx9a0zUU | Last Goodbye | Materia Music Inc. |
| 4 | Undertale ▸ Metal Crusher / Death by Glamour ▸ Holder Remix | GameChops | oXKSkdHVUzs | Metal Crusher | Materia Music Inc. |
| 5 | Undertale Remixed ▸ Once Upon A Time ▸ Holder Remix | GameChops | ztCcJhJS8Q8 | Once Upon a Time | Materia Music Publishing |
| 6 | Deltarune ▸ Lancer's Theme ▸ CG5 Glitch Hop Remix! | GameChops | wU2R_2BFgPw | LANCER | Materia Music Publishing |
| 7 | DELTARUNE ▸ Checker Dance ▸ Dj CUTMAN Drum and Bass Remix | GameChops | s6BHQztjkuU | CHECKER DANCE | Materia Music Publishing |
| 8 | Undertale Remix ▸ Waterfall Theme | GameChops | z_TTLS_oHR8 | Waterfall | Materia Music Publishing |
| 9 | Undertale Remix ▶ Home Ephixa KeyGen Chiptune Flip | GameChops | ih-bPfUb3nY | Home | Materia Music Publishing |
| 10 | Undertale ▸ MegaLoFi – Ralfington Megalovania LoFi Hip Hop Remix ~ GameChops Spotlight | GameChops | tTPVrLEj9T8 | TIME PARADOX (RARE EDITION) | Materia Music Publishing |
| 11 | Undertale ▸ Spooktune ▸ LemonDrop Chiptune LSDj Remix | GameChops | sae-sxLtRXQ | Spooktune | Materia Music Publishing |
| 12 | Undertale Remix 🎶 dj-Jo ▶ Undertale (Main Theme Remix) - GameChops Spotlight | GameChops | ie5sAixcbFo | UNDERTALE | Materia Music Inc. o/b/o Royal Sciences LLC |
| 13 | Undertale Remix ▶ Megalovania (Flexstyle Trip Hop Remix) Sans Theme - GameChops | GameChops | pS-d2NdCzdY | MEGALOVANIA | Materia Music Inc. o/b/o Royal Sciences LLC |
| 14 | Undertale Remixed ▸ Chill ▸ Holder Remix | GameChops | b5W0hMnwxwc | Chill | Materia Music Publishing |
| 15 | Undertale Remixed ▸ Megalovania ▸ Holder Remix | GameChops | N9apnYqaFW8 | MEGALOVANIA | Materia Music Inc. o/b/o Royal Sciences LLC |
| 16 | Undertale Remixed ▸ Finale ▸ Holder Remix | GameChops | QqtQZmPgoHQ | Finale | Materia Music Publishing |
| 17 | Undertale Remixed ▸ Home ▸ Holder Remix | GameChops | TEAf8palmSY | Home | Materia Music Publishing |
| 18 | Undertale Remixed ▸ Hopes and Dreams / His Theme ▸Holder Remix | GameChops | RxzDxcGxHQ0 | Hopes and Dreams | Materia Music Inc. |
| 19 | Undertale Remixed ▸ Fallen Down ▸ Holder Remix | GameChops | aPZGN5kT7UA | Fallen Down | Materia Music Inc. |
| 20 | Klang OST ▶ bLiNd - Dimension Rift ▶ GameChops Original Soundtrack | GameChops | heA5oL6jKwA | DIMENSION RIFT | Materia Music Inc. |
| 21 | Video Game Study Lounge 📚 24/7 lofi & VGM study music (No AI) | GameChops | M14Wmvs3ARI | DELTARUNE characters, registered before the United States Copyright Office with Registration Numbers VA0002099637, VA0002199703, PA0002164106, PA0002241773 | Materia Music Inc. o/b/o Royal Sciences LLC |
| 22 | UNDERTALE REMIXED but it's on vinyl | GameChops | Fh6oU4DN9l4 | Undertale | Materia Music Inc. |
| 23 | Megalovania but it's on vinyl and faster | GameChops | Xm95NV7nKT0 | TIME PARADOX (RARE EDITION) | Materia Music Publishing |
| 24 | Undertale Remixed ON VINYL | GameChops | pIlq4LdAUKs | TIME PARADOX (RARE EDITION) | Materia Music Publishing |
| 25 | Deltarune ▸ Legend ▸ Tudd Chillwave Remix | GameChops | 0yt_FZ5DnsU | The Legend | Materia Music Inc. o/b/o Royal Sciences LLC |
| 26 | Deltarune's World Revolving REMIXED to Perfection! | GameChops | BxSfKGMxHGM | World Revolving | Materia Music Inc. o/b/o Royal Sciences LLC |
| 27 | Undertale ▸ Hopes and Dreams ▸ James Landino Remix | GameChops | 1C4nIVmmAWg | Hopes And Dreams | Materia Music Publishing |

| | Video title | Channel | Video ID | Content allegedly used | Removal request issued by |
|---|---|---|---|---|---|
| 28 | Deltarune ▸ The World Revolving (Jevil's Theme) | GameChops | CxowwTx3wxY | THE WORLD REVOLVING | Materia Music Publishing |
| 29 | Undertale ▸ Megalovania ▸ Tenkitsune Future House Remix | GameChops | W9LrYt3AHT0 | TIME PARADOX (RARE EDITION) | Materia Music Publishing |
| 30 | Undertale Remix - Arcien - Heartache (from "Hopes & Dreams") | GameChops | 425c1N3BUKw | Hopes And Dreams | Materia Music Publishing |
| 31 | Undertale ▸ Megalovania / Asgore ▸ RobKTA feat Glenntai Remix | GameChops | bynYepXMSlk | TIME PARADOX (RARE EDITION) | Materia Music Publishing |
| 32 | Undertale ▸ Asgore ▸ Dj Jo Remix | GameChops | COwC0F6wxbU | Asgore | Materia Music Inc. o/b/o Royal Sciences LLC |
| 33 | Undertale ▸ His Theme ▸ Sprightly Remix | GameChops | H3exBIi7QfU | His Theme | Materia Music Inc. o/b/o Royal Sciences LLC |
| 34 | Undertale ▸ Spider Dance ▸ Mykah Remix | GameChops | M09rgBar1EY | Spider Dance | Materia Music Inc. o/b/o Royal Sciences LLC |
| 35 | Undertale ▸ Bonetrousle ▸ Mykah Dance Remix | GameChops | 86CLW98R8fE | Bonetrousle | Materia Music Inc. o/b/o Royal Sciences LLC |
| 36 | Undertale ▸ Megalovania ▸ Ralfington Chiptune Remix | GameChops | D0jjZJSAqVI | Megalovania | Materia Music Inc. o/b/o Royal Sciences LLC |
| 37 | Undertale ▸ Tem Shop ▸ Glitch Hop Remix | GameChops | Gu8A8uWAJaA | Tem Shop | Materia Music Inc. o/b/o Royal Sciences LLC |
| 38 | Deltarune / Undertale ~ Field of Hopes and Dreams ~ RobKTA Disco House Remix | GameChops | beHfCzufGXw | FIELD OF HOPES AND DREAMS | Materia Music Publishing |
| 39 | Deltarune ▸ BIG SHOT ▸ Coffee Date Remix | GameChops | cOPbav7Sqd0 | BIG SHOT | Materia Music Inc. o/b/o Royal Sciences LLC |
| 40 | Deltarune Remix ~ Rude Buster ~ Akosmo Future Bass Remix | GameChops | ceS8hXLZz2o | Rude Buster | Materia Music Inc. o/b/o Royal Sciences LLC |
| 41 | Undertale Lofi Hip Hop ▸ Hopes & Dreams ~ Jonas Munk Lindbo Remix | GameChops | qNp4_pFkM5Q | Hopes and Dreams | Materia Music Inc. o/b/o Royal Sciences LLC |
| 42 | Undertale ▸ Dating Start ~ Sprightly Remix | GameChops | vZhB-g6lLy8 | Dating Start | Materia Music Inc. o/b/o Royal Sciences LLC |
| 43 | Undertale Remix ► Voia ▸ Bonetrousle ♪ Smooth McGroove Remixed 2 - GameChops | GameChops | y7by8Fqkchs | Bohnetrousle | Materia Music Inc. o/b/o Royal Sciences LLC |
| 44 | Deltarune ▸ Hip Shop ~ Future Funk Remix | GameChops | 7UY1qEUxa74 | Hip Shop | Materia Music Inc. o/b/o Royal Sciences LLC |
| 45 | Undertale - Thunder Snails (80s Synthwave Remix by Arcien) - from Hopes & Dreams - GameChops | GameChops | 94M0uqPx_lk | Thundersnail | Materia Music Inc. o/b/o Royal Sciences LLC |
| 46 | DELTARUNE ▸ Hip Shop ~ Helynt Synthwave Remix | GameChops | MdJL40UM2Ts | Hip Shop | Materia Music Inc. o/b/o Royal Sciences LLC |
| 47 | Undertale Remix ► Dj CUTMAN ▸ Might Fight Sans ♪ Smooth McGroove Remixed 2 | GameChops | dQxHuWZdsn0 | Song That Might Play When You Fight sans. | Materia Music Inc. o/b/o Royal Sciences LLC |
| 48 | Undertale Remix ♫ Flexstyle ▸ Skeleton Brothers Bonetrousle | GameChops | sP_cllmNY1U | Bonetrousle | Materia Music Inc. o/b/o Royal Sciences LLC |
| 49 | Deltarune ~ Rouxls Kaard Theme (Ruruskaado) ~ Duzzled Complextro / Dubstep Remix | GameChops | 8ejgG8JO1pl | Rouxls Kaard | Materia Music Inc. o/b/o Royal Sciences LLC |
| 50 | Undertale ▸ Spider Dance ~ Tudd Remix | GameChops | iOAq0ywRUjQ | Spider Dance | Materia Music Inc. o/b/o Royal Sciences LLC |
| 51 | Undertale Remix ▸ Don't Give Up – Mykah EDM Remix | GameChops | jcjVRl0Muu0 | Don't Give Up | Materia Music Inc. o/b/o Royal Sciences LLC |

| | Video title | Channel | Video ID | Content allegedly used | Removal request issued by |
|---|---|---|---|---|---|
| 52 | Deltarune ▸ Girl Next Door (Noelle's Theme) ▸ Sprightly Remix | GameChops | uMCUI7gk__Q | Girl Next Door | Materia Music Inc. o/b/o Royal Sciences LLC |
| 53 | Undertale Shop ▸ Wish on the Beat lofi remix | GameChops | qOLLDR-knio | Shop | Materia Music Publishing |
| 54 | Undertale Remix ▶ Thundersnail (CG5 Trap Remix) | GameChops | F54IWMb7FFA | Thundersnail | Materia Music Inc. |
| 55 | Deltarune Remix ~ Field of Hopes and Dreams ~ RoboRob and Solar Liquid | GameChops | GflftoNn2cY | Field of Hopes and Dreams | Materia Music Inc. |
| 56 | Undertale - Enemy Approaching (Arcien Remix) - from Hopes & Dreams - GameChops | GameChops | LmfSagzp2z4 | Enemy Approaching | Materia Music Inc. |
| 57 | Undertale Remix 🎵 Varien - Heart of the Core (Core Theme) | GameChops | NcY0Zyw_oFY | Core | Materia Music Inc. |
| 58 | Deltarune ▸ Checker Dance vs Rude Buster ! METΔTRON Funk Remix | GameChops | Ayuo5WzceIc | Checker Dance | Materia Music Inc. |
| 59 | DELTARUNE ❤️ VIBES | GameChops | PD92PkKWYZ4 | Deltarune | Materia Music Inc. |
| 60 | 🎵 Undertale Remix 😈 ☕ Tenkitsune - Hopes & Dreams and a Cup of Latte - GameChops Spotlight | GameChops | VAbCjNmPqHg | Hopes and Dreams | Materia Music Inc. |
| 61 | Undertale Remix ▸ Asgore – Ackatos Remix ~ GameChops Spotlight | GameChops | _dZAK9ymIC8 | Asgore | Materia Music Inc. |
| 62 | Undertale Remix ▶ Bitonal Landscape ▸ Underland (Megalovania, Asgore, Fallen Down, Thundersnail) | GameChops | zTgW7EsGC0A | Undertale | Materia Music Inc. |
| 63 | Undertale ▸ Death by Glamour ▸ RobKTA Disco House Remix | GameChops | S1n-G0CNehA | Death By Glamour | Materia Music Inc. |
| 64 | Undertale ▸ Battle Against a True Hero ▸ Mykah Remix | GameChops | UJpQfRa1zjs | Battle Against a True Hero | Materia Music Inc. |
| 65 | Undertale ▸ Snowdin Shopkeep Theme ▸Toni Leys Remix | GameChops | 6_fA6Pptogw | Snowdin - Shop | Materia Music Inc. |
| 66 | Undertale ▸ Napstablook MegaMix (Ghost Fight, Mad Dummy, Chill, His Theme) ▸ Ben Briggs | GameChops | BOtbY02TeLU | Ghost Fight | Materia Music Inc. |
| 67 | Undertale ▸ Megalovania ▸ Chime Remix | GameChops | RXGhNWlJkNc | Megalovania | Materia Music Inc. |
| 68 | Deltarune / Undertale ▸ Friendship ▸ Hyper Potions Remix | GameChops | DysN-u7TnOs | FRIENDSHIP | Materia Music Publishing |
| 69 | Deltarune ▸ Lost Girl ~ Coffee Date Lofi Remix | GameChops | IcsVgMr4Dsk | LOST GIRL | Materia Music Publishing |
| 70 | Deltarune ~ Friendship (Helynt LoFi Hip Hop Remix) | GameChops | SsNjXDe3c9U | FRIENDSHIP | Materia Music Publishing |
| 71 | Undertale - Spear of Justice [ Undyne's Theme ] (Arcien Remix) - from Hopes & Dreams - GameChops | GameChops | O3NZvYdH3mw | Spear of Justice | Materia Music Publishing |
| 72 | Undertale ▸ YOUR BEST NIGHTMARE ▸ Arcien Remix | GameChops | UiVTepH_JxI | Your Best Nightmare | Materia Music Publishing |
| 73 | Undertale - Asgore [ Bergentrückung ] (Arcien Remix) | GameChops | _ZL9LrgwQaA | ASGORE | Materia Music Publishing |
| 74 | HIP SHOP (Deltarune) ~ NRMN and Blood Code Future Bass Remix | GameChops | cQb4gkk0HpQ | HIP SHOP | Materia Music Publishing |
| 75 | Deltarune ▸ Attack of The Killer Queen ~ Helynt Lofi Remix | GameChops | OxcF9CpJ0PE | ATTACK OF THE KILLER QUEEN | Materia Music Publishing |
| 76 | Undertale Rap Song ▸ Mega Ran – Deturmination (Produced by KazuhirO) ~ GameChops Spotlight | GameChops | dMegh55K-FA | UNDERTALE | Materia Music Publishing |
| 77 | Undertale - Hopes & Dreams (Arcien Remix) - Undertale Remix Album - GameChops | GameChops | 6vDvg4oDtfs | HOPES AND DREAMS | Materia Music Inc. o/b/o Royal Sciences LLC |
| 78 | DELTARUNE ~ The World Revolving (Jevil's Theme) Chill Mix ~ Curly's Liquid DnB Remix | GameChops | Sm9o_ZPwQdE | THE WORLD REVOLVING | Materia Music Inc. o/b/o Royal Sciences LLC |
| 79 | Undertale Remix - Arcien - Once Upon a Time (from Hopes and Dreams) - GameChops | GameChops | KKhMnWSDjfM | Once Upon A Time | Materia Music Inc. |
| 80 | Undertale Remix - Bonetrousle (The Living Tombstone Remix) | GameChops | O9gWlJlR4mY | BONETROUSLE | Materia Music Inc. |
| 81 | Holder - Undertale Remixed (Trailer) - GameChops | GameChops | WF3ZIx57X2M | UNDERTALE | Materia Music Inc. |
| 82 | The Legend ( DELTARUNE ) ~ Dj CUTMAN Trip Hop Remix [ Undertale / Toby Fox ] | GameChops | oHZ8XQs-HUA | THE LEGEND | Materia Music Inc. |

| | Video title | Channel | Video ID | Content allegedly used | Removal request issued by |
|---|---|---|---|---|---|
| 83 | Undertale ~ It's raining somewhere else ~ Lofi Hip Hop Remix | GameChops | Msz4m0nzfNw | It's Raining Somewhere Else | Materia Music Inc. obo Royal Sciences LLC |
| 84 | Undertale Remix - Reunited (Arcien Happy Hardcore Remix) Music Video from Hopes & Dreams - GameChops | GameChops | V0jYatPw7OY | REUINTED | Materia Music Inc. obo Royal Sciences LLC |
| 85 | 🎵 Undertale Remix 👾 Tenkitsune - Once Upon a Time ♪ GameChops Spotlight | GameChops | hAzL3i52N08 | Once Upon A Time | Materia Music Inc. obo Royal Sciences LLC |
| 86 | Undertale - Uwa!! So Temperate (bLiNd Future House Remix) - GameChops | GameChops | vtkupKMGork | Uwa So Temperate | Materia Music Inc. obo Royal Sciences LLC |
| 87 | Undertale ~ It's raining somewhere else ~ Lofi Hip Hop Remix | GameChops | Msz4m0nzfNw | It's Raining Somewhere Else | Materia Music Inc. obo Royal Sciences LLC |
| 88 | Undertale Remix - Reunited (Arcien Happy Hardcore Remix) Music Video from Hopes & Dreams - GameChops | GameChops | V0jYatPw7OY | REUINTED | Materia Music Inc. obo Royal Sciences LLC |
| 89 | 🎵 Undertale Remix 👾 Tenkitsune - Once Upon a Time ♪ GameChops Spotlight | GameChops | hAzL3i52N08 | Once Upon A Time | Materia Music Inc. obo Royal Sciences LLC |
| 90 | Undertale - Uwa!! So Temperate (bLiNd Future House Remix) - GameChops | GameChops | vtkupKMGork | Uwa So Temperate | Materia Music Inc. obo Royal Sciences LLC |
| 91 | DELTARUNE – Attack of the Killer Queen – HOLDER Remix | GameChops | HmA9nC9X_8E | ATTACK OF THE KILLER QUEEN | Materia Music Inc. o/b/o Royal Sciences LLC |
| 92 | DELTARUNE ~ Hip Shop (Duzzled Drumstep Remix) | GameChops | Nj8Ro7qLWQ8 | HIP SHOP | Materia Music Inc. o/b/o Royal Sciences LLC |
| 93 | Hip Shop 🎷 Coffee Date & Curly ▸ Deltarune Remix | GameChops | WvIgXTkkgBg | HIP SHOP | Materia Music Inc. o/b/o Royal Sciences LLC |
| 94 | DELTARUNE – Attack of the Killer Queen – HOLDER Remix | GameChops | HmA9nC9X_8E | ATTACK OF THE KILLER QUEEN | Materia Music Inc. o/b/o Royal Sciences LLC |
| 95 | DELTARUNE ~ Hip Shop (Duzzled Drumstep Remix) | GameChops | Nj8Ro7qLWQ8 | HIP SHOP | Materia Music Inc. o/b/o Royal Sciences LLC |
| 96 | Hip Shop 🎷 Coffee Date & Curly ▸ Deltarune Remix | GameChops | WvIgXTkkgBg | HIP SHOP | Materia Music Inc. o/b/o Royal Sciences LLC |
| 97 | Undertale Remix ▸ AZODi ▸ Dating Start! ▸ GameChops Spotlight | GameChops | 2haBVIE_GAU | Dating Start | Materia Music Inc. obo Royal Sciences LLC |
| 98 | Undertale 🎵 Coda ▸ Dating Start FM Remix ▸ GameChops Spotlight | GameChops | 8pqBchg6zaU | Dating Start | Materia Music Inc. obo Royal Sciences LLC |
| 99 | Undertale Remix ~ Another Medium (Lofi Hip Hop & Guitar Remix) ~ Dj CUTMAN & Epic Game Music | GameChops | IPExzunYlvo | Another Medium | Materia Music Inc. obo Royal Sciences LLC |
| 100 | Undertale Remix – Snowy | GameChops | 2-RpxLaTj3U | Snowdin Town | Materia Music Inc. obo Royal Sciences LLC |
| 101 | Dj CUTMAN 💀 SKELETON RAP (ft. Sans Undertale) | GameChops | ZDD9BGXdyCk | sans. | Materia Music Inc. obo Royal Sciences LLC |
| 102 | Deltarune ~ Field of Hopes and Dreams ~ Akosmo Rave Remix | GameChops | _-I93NPVdo4 | Field of Hopes and Dreams | Materia Music Inc. obo Royal Sciences LLC |
| 103 | DELTARUNE ~ Hugs for Ralsei (Empty Town) ~ Lena Raine Chill Remix | GameChops | eWfCB2UkQh4 | Empty Town | Materia Music Inc. obo Royal Sciences LLC |
| 104 | Undertale Remix 🎵 Hopes & Dreams ▸ WillRock - Robots Aren't Made of This ▸ GameChops | GameChops | eitgomwm6H8 | Hopes and Dreams | Materia Music Inc. obo Royal Sciences LLC |
| 105 | Club Needlemouse - Needlemau5 ft. bLiNd (Ending Theme, Sonic 3) - GameChops | GameChops | 0poy-oYy5lo | Needlemau5 (Sonic 3 Ending Theme) | Materia Music Inc. |
| 106 | Club Needlemouse - Sambopolis (Aquatic Ruin Zone, Sonic 2) | GameChops | 8QSRIDnGCcM | Sambopolis (Aquatic Ruin Zone) | Materia Music Inc. |

| | Video title | Channel | Video ID | Content allegedly used | Removal request issued by |
|---|---|---|---|---|---|
| 107 | Club Needlemouse - Windy Groove (Windy Hill, Sonic Lost World Remix) | GameChops | HNITrEGRK9Q | Windy Groove (Windy Hill Zone) | Materia Music Inc. |
| 108 | DELTARUNE ▸ Until Next Time 😴 @DjCutman & @NoteBlock remix | GameChops | 8V24ds1ByD8 | UNTIL NEXT TIME | Materia Music Publishing |
| 109 | Deltarune ~ A Town Called Hometown ~ Helynt Future Beats Remix | GameChops | Db8Fyy6TmSI | A Place Called Hometown | Materia Music Publishing |
| 110 | UNDERTALE ▸ Spider Dance ☕ 🕷 Super Lofi 64 remix | GameChops | RoB_IlH4wdg | Spider Dance | Materia Music Publishing |
| 111 | GameChops Party Mix - 1 Hour Video Game Music Mix by Dj CUTMAN | GameChops | sYiMyLsivf0 | DISCO ABSOLUTION | Materia Music Inc. |
| 112 | videogame lofi & chill beats 💾 pixel art backgrounds 24/7 \| Radio Cutman \| No AI | Dj Cutman | Gb1RI2a0O6c | TIME PARADOX (RARE EDITION) | Materia Music Publishing |
| 113 | UNDERTALE but its on vinyl and makes me nostalgic | Dj Cutman | 1vgoxXDIalw | UNDERTALE | Materia Music Inc. o/b/o Royal Sciences LLC |
| 114 | MEGALOVANIA but it's on vinyl | Dj Cutman | 27VtkpwPBnM | MEGALOVANIA | Materia Music Inc. o/b/o Royal Sciences LLC |
| 115 | UNDERTALE but it's on vinyl and slow and chill | Dj Cutman | -KKxz8xUAz0 | DELTARUNE | Materia Music Inc. o/b/o Royal Sciences LLC |
| 116 | HOPES & DREAMS from UNDERTALE but it's on vinyl | Dj Cutman | FGCsKA8J_W8 | HOPES AND DREAMS | Materia Music Inc. o/b/o Royal Sciences LLC |
| 117 | DELTARUNE but I'm getting ready for School and feeling sleepy | Dj Cutman | um0l6jBOCOM | DELTARUNE | Materia Music Inc. o/b/o Royal Sciences LLC |
| 118 | DELTARUNE but it's on vinyl and gives me hope | Dj Cutman | xVdlBcOyFMQ | DELTARUNE | Materia Music Inc. o/b/o Royal Sciences LLC |
| 119 | SANS. but it's on vinyl and slow cause he's sleepy | Dj Cutman | a4lACTKRAeQ | SANS | Materia Music Inc. o/b/o Royal Sciences LLC |
| 120 | UNDERTALE but it's on vinyl and makes me feel safe | Dj Cutman | qe_6ISNbwiE | UNDERTALE | Materia Music Inc. o/b/o Royal Sciences LLC |
| 121 | UNDERTALE but it's the entire soundtrack on vinyl (Side A) | Dj Cutman | 8lxTSKJT_Ko | UNDERTALE | Materia Music Inc. obo Royal Sciences LLC |
| 122 | Deltarune▸ Lost Girl (Noelle) ~ Synthwave with GlitchxCity | Dj Cutman | qAASKTSTk-w | LOST GIRL | Materia Music Publishing |
| 123 | Deltarune ▸ A Cyber's World ~ Curly & DJ Cutman Remix | Dj Cutman | vtA7IfQCpd8 | A CYBER'S WORLD | Materia Music Publishing |
| 124 | Before the Story (Chill Hop Remix) ~ DELTARUNE ✨ UNDERTALE | Dj Cutman | 6mSUOcfwr0w | BEFORE THE STORY | Materia Music Publishing |
| 125 | Megalovania but every other eighth note is missing | Dj Cutman | BM6Y3dF83H8 | TIME PARADOX (RARE EDITION) | Materia Music Publishing |
| 126 | Quiet Autumn (from within a pile of leaves) 🍁 Deltarune Remix | Dj Cutman | CPlTniPHGIQ | QUIET AUTUMN | Materia Music Publishing |
| 127 | Lofi Hip Shop (feat. Smooth McGroove) ~ Deltarune Remix | Dj Cutman | HiafsRKmqHw | HIP SHOP | Materia Music Publishing |
| 128 | Legend (Trip Hop Mix) ~ DELTARUNE Remix | Dj Cutman | yNlVgyewrTU | THE LEGEND | Materia Music Publishing |
| 129 | UNDERTALE but I slowed it down so we could have more time together | Dj Cutman | A-oE4lQPNLk | Undertale | Materia Music Publishing |
| 130 | Spooky Scary Sans 💀 The Skeleton | Dj Cutman | E0wi_6hcMNY | TIME PARADOX (RARE EDITION) | Materia Music Publishing |
| 131 | SPIDER DANCE from Undertale but it's extra menacing | Dj Cutman | P6zPTHSGA3w | Spider Dance | Materia Music Publishing |
| 132 | UNDERTALE but it's raining somewhere else | Dj Cutman | xGIETWS7TM0 | It's Raining Somewhere Else | Materia Music Publishing |
| 133 | LoFi Hip Shop (Extended Mix) | Dj Cutman | V131TfihYjw | Hip Shop | Materia Music Inc. o/b/o Royal Sciences LLC |
| 134 | POP/STARS vs MEGALOVANIA | Dj Cutman | Wan2REH1x9g | MEGALOVANIA | Materia Music Inc. o/b/o Royal Sciences LLC |

| | Video title | Channel | Video ID | Content allegedly used | Removal request issued by |
|---|---|---|---|---|---|
| 135 | Chaos King (Drum and Bass) ~ DELTARUNE Remix | Dj Cutman | uULc2FAvshw | CHAOS KING | Materia Music Inc. o/b/o Royal Sciences LLC |
| 136 | Deltarune Remix ~ Friendship (Chiptune LoFi Hip Hop Mix) | Dj Cutman | YRLOuXuACRQ | Friendship | Materia Music Inc. o/b/o Royal Sciences LLC |
| 137 | Deltarune ~ Hip Shop (LoFi Hip Hop Remix) | Dj Cutman | BiaFMRv7Ct8 | Hip Shop | Materia Music Inc. o/b/o Royal Sciences LLC |
| 138 | Rude Buster (Future Funk Mix) ~ DELTARUNE Remix | Dj Cutman | NxHx60Ox41g | RUDE BUSTER | Materia Music Inc. o/b/o Royal Sciences LLC |
| 139 | Chill Buster (From "Deltarune") ~ Lofi Hip Hop Remix | Dj Cutman | hhvefn0GFl0 | Rude Buster | Materia Music Inc. o/b/o Royal Sciences LLC |
| 140 | last video | Dj Cutman | nCfCWy8KL-8 | Undertale | Materia Music Publishing |
| 141 | UNDERTALE ▸ Skeleton Rap Instrumental ~ HipHop Remix of Sans Theme | Dj Cutman | xHdzilDzGn4 | sans. | Materia Music Inc. o/b/o Royal Sciences LLC |
| 142 | Inside the Remix: Another Medium Dj CUTMAN & Epic Game Music - Cutman Plays | Cutman Plays | YEvQSeGt5Dw | UNTIL NEXT TIME | Materia Music Inc. obo Royal Sciences LLC |
| 143 | Undertale ► Bonetrousle B-Side (Dj CUTMAN) | Cutman Plays | Uh3RLKTebAE | BONETROUSLE | Materia Music Inc. obo Royal Sciences LLC |
| 144 | This Week in Chiptune - TWIC 163: FUTURE BASS TO DEATH METAL | This Week in Chiptune | X89Seb1kQJI | Undertale | Materia Music Inc. obo Royal Sciences LLC |
| 145 | Gaming, Chiptune and Dance Music Mix! - Monstercat, Ninety9Lives, GameChops - This Week in Chiptune | This Week in Chiptune | eVvF3XjHPcQ | Undertale | Materia Music Publishing |
| 146 | A CYBER'S WORLD? ▸ Deltarune ▸ Dj Cutman & Curly Remix | GameChops | 35tLabjDQDM | A CYBER'S WORLD | Materia Music Inc. obo Royal Sciences LLC |
| 147 | DELTARUNE ▸ Don't Forget (Dj Cutman & Sprightly Remix) | GameChops | 6LdBrglrT3Q | DON'T FORGET | Materia Music Inc. obo Royal Sciences LLC |
| 148 | UNDERTALE ANNIVERSARY! | GameChops | Mu2wfDJ47tw | UNDERTALE | Materia Music Inc. obo Royal Sciences LLC |
| 149 | Deltarune 🎻 Don't Forget ~ QORA Vocal & Violin Acoustic Cover | GameChops | aNnHKt3AS0o | DON'T FORGET | Materia Music Inc. obo Royal Sciences LLC |
| 150 | Deltarune ▸ LOST GIRL (Synthwave Remix) ▸ GlitchxCity & Dj Cutman | GameChops | uH978Cr2A4c | LOST GIRL | Materia Music Inc. obo Royal Sciences LLC |
| 151 | Undertale ▸ Once Upon a Time ~ Coffee Date Remix | GameChops | uCxTKFzTeac | ONCE UPON A TIME | Materia Music Inc. obo Royal Sciences LLC |