AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Washington at Seattle

GAMECHOPS, LLC, a Pennsylvania limited liability c )
*Plaintiff* )
v. ) Case No. 2:26-cv-03503-RSM
MATERIA MUSIC, INC., a Washington corporation; )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Materia Music, Inc. and Materia Music Publishing LLC .

Date: 09/23/2026

/s/ William C. Rava
*Attorney's signature*

William C. Rava, WSBA #29948
*Printed name and bar number*

Ashurst Perkins Coie US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
*Address*

will.rava@ashurstperkins.com
*E-mail address*

(206) 359-6338
*Telephone number*

(206) 359-9000
*FAX number*