UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAMECHOPS, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MATERIA MUSIC, INC., a Washington corporation; and MATERIA MUSIC PUBLISHING LLC, a Washington limited liability company,<br><br>Defendants. | Case No. 2:26-cv-03503-RSM<br><br>ACCEPTANCE OF SERVICE OF COMPLAINT AND STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT WITH ORDER |

Plaintiff GameChops, LLC and Defendants Materia Music, Inc. and Materia Music Publishing LLC stipulate as follows:

1. Plaintiff filed the above-entitled on September 18, 2026. *See* Dkt. 1.

2. Undersigned counsel for Defendants has agreed on behalf of Defendants to waive formal service of process and accept service of the Summons and Complaint via email to undersigned counsel.

3. Such acceptance of service is without waiver of all defenses or objections to the lawsuit but waives any objection to the absence of a summons or formal service of the Summons and Complaint.

4. Plaintiff and Defendants, through undersigned counsel, agree that service of the Summons and Complaint shall be deemed effective as of September 22, 2026.

5. In acknowledgement of the acceptance of service described herein, the Parties stipulate and agree to extend the deadline for Defendants to respond to Plaintiff's Complaint from October 13, 2026 to November 3, 2026.

IT IS SO STIPULATED this 23rd day of September, 2026.

Respectfully submitted,

FOCAL PLLC

By: *s/ Stacia N. Lay*
*s/ Venkat Balasubramani*
Stacia N. Lay, WSBA #30594
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: venkat@focallaw.com

MORADO LAW, PLLC

By: *s/ Heather M. Morado*
Heather M. Morado, WSBA #35135
600 1st Avenue, Suite 330, PMB 28223
Seattle, Washington 98104
Tel: (206) 337-7270
Email: hmorado@moradolaw.com

*Attorneys for Plaintiff GameChops, LLC*

ASHURST PERKINS COIE US LLP

By: *s/ William C. Rava*
William C. Rava, WSBA #29948
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Tel: (206) 359-6338
Email: will.rava@ashurstperkins.com

*Attorneys for Defendants Materia Music, Inc. and Materia Music Publishing LLC*

**WORD LIMIT CERTIFICATION**

I certify that this memorandum contains 160 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594

**ORDER**

Pursuant to the foregoing stipulation of the Parties, IT IS ORDERED that the deadline for Defendants Materia Music, Inc. and Materia Music Publishing LLC to respond to the Complaint is extended from October 13, 2026 to November 3, 2026.

DATED this 28th day of September, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE