HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAMECHOPS, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MATERIA MUSIC, INC., a Washington corporation; and MATERIA MUSIC PUBLISHING LLC, a Washington limited liability company,<br><br>Defendants. | Case No. 2:26-cv-03503-RSM<br><br>SECOND STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT WITH [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>October 29, 2026 |

Plaintiff GameChops, LLC and Defendants Materia Music, Inc. and Materia Music Publishing LLC hereby jointly move the Court to extend the deadline for Defendants to respond to the Complaint in this action from November 3, 2026 to November 24, 2026.

This Stipulated Motion is based on the following facts:

1. Plaintiff filed the above-entitled on September 18, 2026. *See* Dkt. 1.

2. On September 23, 2026, the parties filed a Stipulated Motion to Extend Defendants' Deadline to Respond to the Complaint from October 13, 2026 to November 3, 2026. Dkt. 6.

3. On September 28, 2026, the Court granted the stipulated motion, extending the deadline for Defendants to respond to the Complaint to November 3, 2026. Dkt. 8.

4. On October 22, 2026, counsel for the parties held their conference pursuant to



focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

FED. R. CIV. P. 26(f), LCR 26(f), and the Court's September 24th Order (Dkt. 7), during which conference they discussed, among other topics, the potential for early settlement and proposals for how to handle the related case pending in this District, *Materia Music, Inc. v. Davidson, et al.*, No. 2:26-cv-3656-JNW (the "Materia Music Case").

5. Based in part on that discussion, the Parties agreed to request that the deadline for Defendants' response to GameChops' Complaint in this action be extended from November 3, 2026 to November 24, 2026. The extension is primarily intended to allow the parties to further pursue their discussions of a possible early resolution of this matter as well as the related Materia Music Case. To facilitate those discussions, the Parties have further agreed to request an extension of the deadline for the defendant in the Materia Music Case to respond to that complaint to November 24th, so that the response deadlines in the two cases are aligned.

6. This request is made in good faith, based on the Parties' intent to explore early settlement of this case and the Materia Music Case, and not for the purpose of delay.

7. No other deadlines are impacted by this request.

8. Therefore, the Parties respectfully request that the deadline for Defendants to respond to the Complaint be extended from November 3, 2026 to November 24, 2026.

IT IS SO STIPULATED this 29th day of October, 2026.

Respectfully submitted,

**FOCAL PLLC**

By: *s/ Stacia N. Lay*

Stacia N. Lay, WSBA #30594
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: venkat@focallaw.com

**MORADO LAW, PLLC**

Heather M. Morado, WSBA #35135
600 1st Avenue, Suite 330, PMB 28223

Seattle, Washington 98104
Tel: (206) 337-7270
Email: hmorado@moradolaw.com

*Attorneys for Plaintiff GameChops, LLC*

**ASHURST PERKINS COIE US LLP**

By: *s/ William C. Rava (signed with permission)*
William C. Rava, WSBA #29948
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Tel: (206) 359-6338
Email: will.rava@ashurstperkins.com

Robert W. Clarida (admitted *Pro Hac Vice*)
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Tel: (212) 262-6900
Email: robert.clarida@ashurstperkins.com

Jeffrey Adam Payne (admitted *Pro Hac Vice*)
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Tel: (310) 788-9900
Email: jeffrey.payne@ashurstperkins.com

*Attorneys for Defendants Materia Music, Inc. and Materia Music Publishing LLC*

## WORD LIMIT CERTIFICATION

I certify that this memorandum contains 370 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594

## ORDER

Pursuant to the foregoing Stipulated Motion of the Parties, IT IS ORDERED that the deadline for Defendants Materia Music, Inc. and Materia Music Publishing LLC to respond to



**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

the Complaint is extended from November 3, 2026 to November 24, 2026.

DATED this ___ day of _______________, 2026.

____________________________________

Ricardo S. Martinez
United States District Judge



**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966