THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAMECHOPS, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MATERIA MUSIC, INC., et al.,<br><br>Defendants. | No. 2:26-cv-03503-RSM<br><br>ANSWER AND COUNTERCLAIMS<br><br>JURY TRIAL DEMANDED |
| MATERIA MUSIC, INC, a Washington corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>CHRISTOPHER DAVIDSON p/k/a DJ CUTMAN, an individual, and GAMECHOPS, LLC, a Pennsylvania limited liability company,<br><br>Counterclaim-Defendants. | |

Defendants Materia Music Inc. (erroneously sued as "Materia Music, Inc.") ("Materia Music") and Materia Music Publishing LLC ("Materia Publishing") (collectively, "Materia") answer the Complaint filed by Plaintiff GameChops, LLC ("GameChops"), and Materia Music asserts counterclaims against Counterclaim-Defendants Christopher Davidson p/k/a DJ Cutman and GameChops, LLC as follows:



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## ANSWER

Materia answer below, in numbered paragraphs corresponding to the Complaint. All allegations not expressly admitted below are denied.

## INTRODUCTION

1. Materia denies the allegations in Paragraph 1.

2. Materia admits that it submitted 146 DMCA takedown notices targeting videos posted to the GameChops and DJ Cutman YouTube channels. Materia further admits that it will continue to enforce its rights, including by submitting further DMCA takedown notices where necessary. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding the number of videos removed from the GameChops YouTube channels, threatened termination of the GameChops YouTube accounts, and the alleged injury to artists whose works are included in the videos at issue, and on that basis denies them. Materia otherwise denies the allegations in Paragraph 2.

## THE PARTIES

3. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3, and on that basis denies them.

4. Materia admits the allegations in Paragraph 4.

5. Materia admits that Materia Music Publishing LLC is a limited liability company formed under the laws of the State of Washington, with its principal place of business at 401 Baker Boulevard, Tukwila, Washington 98188. Materia further states that Materia Publishing LLC is a wholly owned subsidiary of Materia Music Inc.; has not conducted any business activity to date; and did not submit any of the notices or make any of the statements alleged in the Complaint. "Materia Music Publishing" is a dba of Materia Music Inc.

6. Materia denies the allegations in Paragraph 6.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## JURISDICTION AND VENUE

7. Materia admits that this Court has original subject matter jurisdiction over the first, second, third, and fifth causes of action alleged in the Complaint. Materia otherwise denies the allegations in Paragraph 7.

8. Materia admits that this Court has supplemental jurisdiction over GameChops' fourth cause of action for unfair business practices.

9. Materia admits that this Court has personal jurisdiction over it in this action.

10. Materia admits that venue is proper in this district.

## FACTUAL ALLEGATIONS

### A. GameChops and DJ Cutman

11. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11, and on that basis denies them.

12. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12, and on that basis denies them.

13. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13, and on that basis denies them.

14. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14, and on that basis denies them.

15. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15, and on that basis denies them.

### B. Toby Fox and the *Undertale* and *Deltarune* Games and Music

16. Materia admits that Robert "Toby" Fox is a video game developer who developed the role-playing video games *Undertale* and *Deltarune* but lacks knowledge or information sufficient to form a belief about the truth of the allegations that Fox is "best known" for those games, and on that basis denies that characterization.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

17. Materia admits that *Undertale* was released in 2015. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17, and on that basis denies them.

18. Materia admits that *Deltarune* was released in 2018 and that subsequent "chapters" of *Deltarune* have been released, with Chapter 5 being released most recently in June 2026. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18, and on that basis denies them.

19. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19, and on that basis denies them.

20. Materia admits the allegations in Paragraph 20.

21. Materia admits the allegations in Paragraph 21.

**C. Materia Music and Materia Publishing**

22. Materia admits that Materia Music is a record label and music publisher based in Washington state that focuses on video game music, but denies that Materia Publishing is a music publisher or conducts any active business. Materia further states that "Materia Music Publishing" is a dba of Materia Music Inc.

23. Materia admits that Sebastian Wolff is the CEO and owner of Materia Music. Materia otherwise denies the allegations in Paragraph 23. Materia further states that Materia Publishing is a wholly owned subsidiary of Materia Music Inc. that has no staff and conducts no business.

24. Materia admits that Materia Music represents Royal Sciences, LLC and Toby Fox with respect to select sound recording and music publishing rights. Materia otherwise denies the allegations in Paragraph 24.

25. Materia denies the allegations in Paragraph 25.

26. Materia denies the allegations in Paragraph 26.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**D. Materia Music's Copyright Infringement and False Copyright Management Information**

27. Materia admits that Materia Collective, LLC (now Materia Music), GameChops, and Andrei Tomi Birsan (d/b/a Helynt) esntered into a written agreement titled "Exclusive Distribution Agreement: Mario & Chill," dated as of September 14, 2018, under which GameChops and Mr. Birsan, collectively as "Licensor," granted Materia Collective, LLC certain rights to exploit the *Mario & Chill* album. That agreement speaks for itself, and Materia denies any allegations inconsistent with its terms. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegation that GameChops owns the *Mario & Chill* album, and on that basis denies it. Materia otherwise denies the allegations in Paragraph 27.

28. Materia admits that Exhibit A purports to be a certificate of registration for a sound recording titled *Mario & Chill*, Registration No. SR 924-376. Exhibit A speaks for itself, and Materia denies any allegations inconsistent with it. Materia denies that the registration accurately identifies the author or claimant of the *Mario & Chill* sound recording, and otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28, and on that basis denies them.

29. Materia admits that disputes arose between Materia Collective, LLC and GameChops concerning, among other things, the Mario & Chill agreement, and that Materia Collective, LLC and GameChops entered into a settlement agreement in January 2021 resolving those disputes. The settlement agreement speaks for itself, and Materia denies any allegations inconsistent with its terms.

30. The Chill Settlement Agreement speaks for itself, and Materia denies any allegations inconsistent with its terms.

31. The Chill Settlement Agreement speaks for itself, and Materia denies any allegations inconsistent with its terms.

32. Materia denies the allegations in Paragraph 32.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

33. The Chill Settlement Agreement speaks for itself, and Materia denies any allegations inconsistent with its terms.

34. Materia admits that the license term in the Chill Settlement Agreement expired in January 2026. Materia otherwise denies the allegations in Paragraph 34.

35. Materia admits that the *Mario & Chill* album was available for purchase on the Materia Store website as of September 16, 2026. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35, and on that basis denies them.

36. Materia admits that, as of September 17, 2026, it ran automated advertisements for the Materia Store on Instagram that could display products from the store's catalog, including the *Mario & Chill* album. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36, and on that basis denies them.

37. Materia admits that the listing on the Materia Store for the *Mario & Chill* album stated, as of September 16, 2026, "©℗ 2019 Materia Collective LLC under exclusive license from Helynt." Materia otherwise denies the allegations in Paragraph 37, including that the quoted text represents that Materia owns the copyright in the *Mario & Chill* sound recording. Materia further states that the quoted text was written in 2019, when Materia Collective, LLC held exclusive rights to distribute the album in physical formats, and has not changed since.

38. Materia admits that it does not have any ownership rights in the *Mario & Chill* album. Materia otherwise denies the allegations in Paragraph 38.

**E. GameChops' Licensed *Piano & Sleep: Deltarune* Release**

39. Materia admits that GameChops released an album, originally titled Deltarune & Sleep, that included recordings of the 21 Toby Fox compositions listed in Paragraph 39. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39, and on that basis denies them.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

40. Materia admits that a video featuring the release was posted to the GameChops YouTube channel.

41. Materia denies that GameChops obtained mechanical licenses for each of the 21 *Deltarune* Covers. Materia received notices of intention to obtain compulsory licenses for only 11 of them. Materia admits that DistroKid LLC is a distribution service that, among other things, assists in obtaining mechanical licenses for cover versions of songs and that Materia recommends DistroKid to content creators for that purpose. Materia further admits that the Harry Fox Agency LLC acts as a middleman between distributors and rightsholders or their representatives (including Materia) for obtaining mechanical licenses. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41, and on that basis denies them.

42. Materia admits the allegations in Paragraph 42.

43. Materia's October 6, 2025, notice to GameChops speaks for itself, and Materia denies any allegations inconsistent with it.

44. Materia's October 6, 2025, notice to GameChops speaks for itself, and Materia denies any allegations inconsistent with it.

45. Materia's October 7, 2025, response speaks for itself, and Materia denies any allegations inconsistent with it.

46. Materia admits that it received emails from GameChops on October 8, 2025. Those emails speak for themselves, and Materia denies any allegations inconsistent with them.

47. Materia's October 8, 2025, response speaks for itself, and Materia denies any allegations inconsistent with it.

48. Materia admits that on October 10, 2025, it informed GameChops that it had submitted takedown requests. Materia further states that, as of 5:26 p.m. Eastern on October 10, 2025, the title and cover art of the release had not been changed. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding GameChops'



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

internal efforts to change the title of the release, and on that basis denies them. Materia otherwise denies the allegations in Paragraph 48.

49. Materia admits that it submitted a DMCA takedown notice to YouTube on October 10, 2025, requesting that YouTube take down the *Piano & Sleep: Deltarune* video on GameChops' YouTube channel. Materia denies that it submitted the notice on October 11, 2025. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49, and on that basis denies them.

50. Materia admits that it received correspondence from GameChops seeking a resolution of Materia's concerns regarding the *Piano & Sleep: Deltarune* album. Materia otherwise denies the allegations in Paragraph 50.

51. Materia denies that the discrepancy between the purported number of mechanical licenses GameChops obtained for the *Piano & Sleep: Deltarune* album and the number of licenses HFA reported to Materia was caused by Materia's administrative failure. Materia also denies that it failed to timely register all of the *Deltarune* songs with HFA. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51, and on that basis denies them.

**F. Materia's Weaponization of DMCA Takedowns**

52. Materia denies the allegations in Paragraph 52.

53. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53, and on that basis denies them.

54. Materia admits that it issued 146 DMCA takedown notices related to works posted on the GameChops or Dj Cutman YouTube channels in September 2026, and that it submitted DMCA notices to DistroKid on September 4 and 8, 2026. Materia lacks knowledge or information sufficient to form a belief about the contents of Exhibit D, and on that basis denies them. Materia otherwise denies the allegations in Paragraph 54.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

55. Materia admits that YouTube removed the videos identified in its takedown notices, that it received counter-notifications for those videos submitted by Christopher Davidson in his individual capacity, and that some of the videos remain down. Materia denies that GameChops submitted the counter-notifications. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55, and on that basis denies them.

56. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56, and on that basis denies them.

57. Materia denies the allegations in Paragraph 57.

58. Materia denies the allegations in Paragraph 58.

59. Materia admits that the @UnderTale account on X published the post depicted in Paragraph 59 on June 18, 2022, which speaks for itself. Materia denies that the post concerns or authorizes the uses that are the subject of Materia's takedown notices, and otherwise denies the allegations in Paragraph 59.

60. Materia admits that the *Undertale* account on Tumblr published a post regarding fan merchandise at the URL cited in Paragraph 60, which speaks for itself and which, among other things, asks that cover songs be licensed and that samples from the original songs not be used. Materia otherwise denies the allegations in Paragraph 60.

61. Materia's DMCA notices speak for themselves, and Materia denies any allegations inconsistent with them.

62. Materia admits that it submitted nine DMCA notices to DistroKid on September 8, 2026. Those notices speak for themselves, and Materia denies any allegations inconsistent with them. Materia denies that its statement that it only recently became aware of the identified releases is implausible, and otherwise denies the allegations in Paragraph 62.

63. Materia denies the allegations in Paragraph 63.

64. Materia admits that a fan game titled *Undertale Yellow* was released in 2023 and that Materia asserted copyright claims regarding unlicensed uses of Toby Fox's compositions



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

associated with that game. Materia admits that Sebastian Wolff posted comments on X regarding those claims but denies the Complaint's characterization of them. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64, and on that basis denies them.

**G. Harm to GameChops and GameChops' Artists and Future Artists**

65. Materia denies the allegations in Paragraph 65.

66. Materia denies that any of its DMCA takedown notices contained any material misrepresentation. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66, and on that basis denies them.

67. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67, and on that basis denies them.

68. Materia denies that any of its DMCA takedown notices contained any material misrepresentation, denies the Complaint's characterization of its takedown notices as "carpet bombing," and denies that it intended to cause harm by submitting its DMCA takedown notices. Materia otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68, and on that basis denies them.

69. Materia denies the allegations in Paragraph 69.

70. Materia denies the allegations in Paragraph 70.

71. Materia denies the allegations in Paragraph 71.

72. Materia denies the allegations in Paragraph 72.

73. Materia admits that it posted the X post depicted in the screenshot in Paragraph 73, which speaks for itself. Materia denies that it falsely accused GameChops or Davidson of anything. Materia otherwise denies the allegations in Paragraph 73.

74. Materia denies that it attacked or falsely accused GameChops or Davidson. Materia admits that it published a blog post on September 14, 2026, which speaks for itself, and otherwise denies the allegations in Paragraph 74.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

75. Materia denies the allegations in Paragraph 75.

**FIRST CAUSE OF ACTION**

**Misrepresentation Under the DMCA, 17 U.S.C. § 512(f)(1)**

**(Against All Defendants)**

76. Materia incorporates by reference its responses to Paragraphs 1 through 75.

77. Materia admits that it submitted DMCA notices regarding videos posted to the GameChops and DJ Cutman YouTube channels, but denies that any of the DMCA notices Materia submitted to any platform contain any material misrepresentations or false statements. Materia otherwise denies the allegations in Paragraph 77.

78. Materia admits that it submitted DMCA notices regarding videos posted to the GameChops and DJ Cutman YouTube channels that resulted in the takedown of those materials but denies that those DMCA notices contained any misrepresentations, material or otherwise. Materia lacks sufficient knowledge or information regarding the imposition of “strikes” on YouTube accounts, and on that basis denies them. Materia otherwise denies the allegations in Paragraph 78.

79. Materia denies the allegations in Paragraph 79.

80. Paragraph 80 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 80.

81. Materia denies the allegations in Paragraph 81.

82. Paragraph 82 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 82.

**SECOND CAUSE OF ACTION**

**Copyright Infringement, 17 U.S.C. § 101 *et seq*.**

**(Against Defendant Materia Music Inc.)**

83. Materia incorporates by reference its responses to Paragraphs 1 through 82.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

84. Paragraph 84 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84, and on that basis denies them.

85. Paragraph 85 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85, and on that basis denies them.

86. Materia admits that, after the license term expired, it sold a small number of physical copies of the *Mario & Chill* album **that were manufactured during the license term**, but denies that it required GameChops' consent or authority to do so, including because Materia has reason to believe that GameChops does not own or have the rights to enforce the copyright for the *Mario & Chill* album. Materia otherwise denies the allegations in Paragraph 86.

87. Paragraph 87 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 87.

88. Materia denies the allegations in Paragraph 88.

89. Paragraph 89 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 89.

90. Paragraph 90 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 90.

91. Paragraph 91 contains legal argument and conclusions to which no response is required.

92. Paragraph 92 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 92.

**THIRD CAUSE OF ACTION**

**False Copyright Management Information, 17 U.S.C. § 1202(a)**

**(Against Defendant Materia Music Inc.)**

93. Materia incorporates by reference its responses to Paragraphs 1 through 92.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

94. Materia lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94, and on that basis denies them.

95. The Chill Settlement Agreement speaks for itself, and Materia denies any allegations inconsistent with its terms.

96. Materia admits that, as of September 16, 2026, the Materia Store listing for the *Mario & Chill* album included the text "©℗ 2019 Materia Collective LLC under exclusive license from Helynt." Materia denies that the text identifies Materia as the owner of the *Mario & Chill* sound recording, denies that the text is false, and otherwise denies the allegations in Paragraph 96.

97. Paragraph 97 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 97.

98. Materia denies the allegations in Paragraph 98.

99. Materia denies the allegations in Paragraph 99.

100. Materia denies the allegations in Paragraph 100.

101. Paragraph 101 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 101.

102. Paragraph 102 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 102.

103. Paragraph 103 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 103.

104. Paragraph 104 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 104.

**FOURTH CAUSE OF ACTION**

**Unfair Business Practices, RCW 19.86 *et seq*.**

**(Against All Defendants)**

105. Materia incorporates by reference its responses to Paragraphs 1 through 104.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

106. Paragraph 106 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 106.

107. Paragraph 107 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 107.

108. Materia denies the allegations in Paragraph 108.

109. Materia denies the allegations in Paragraph 109.

110. Materia denies the allegations in Paragraph 110.

111. Paragraph 111 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 111.

**FIFTH CAUSE OF ACTION**

**Declaratory Judgment of No Infringement, 28 U.S.C. § 2201**

**(Against All Defendants)**

112. Materia incorporates by reference its responses to Paragraphs 1 through 111.

113. Materia admits the allegations in Paragraph 113.

114. Materia admits that its October 6, 2025 notice raised concerns regarding the release's use of *Deltarune* character likenesses and the DELTARUNE trademark. Materia otherwise denies the allegations in Paragraph 114.

115. Materia admits that it has not retracted its DMCA takedown notices and that it will continue to submit DMCA takedown notices as necessary to enforce its and its artists' rights. Materia otherwise denies the allegations in Paragraph 115.

116. Paragraph 116 contains legal argument and conclusions to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 116.

117. Paragraph 117 contains a statement of relief requested to which no response is required. To the extent a response is required, Materia denies the allegations in Paragraph 117.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## PRAYER FOR RELIEF

Materia denies that GameChops is entitled to any of the relief requested in its Prayer for Relief, or to any relief at all

## AFFIRMATIVE DEFENSES

Materia alleges the following additional and affirmative defenses in response to the allegations in the Complaint. Materia reserves the right to amend and supplement this Answer and these defenses, and does not agree or concede that it bears the burden of proof or persuasion on any issue.

1. **No Standing.** On information and belief, GameChops lacks standing to assert its second claim (and its fourth claim to the extent it is based on those claims) because GameChops does not own an exclusive right in the sound recording copyright associated with the *Mario & Chill* album, and lacks standing to assert its first claim to the extent it is based on notices concerning videos for which Christopher Davidson, not GameChops, was the subscriber or alleged infringer. *See, e.g., Righthaven LLC v. Hoehn*, 716 F.3d 1166, 1170 (9th Cir. 2013) ("[O]nly the legal or beneficial owner of an exclusive right under a copyright has standing to sue for infringement of that right." (internal quotation marks omitted)). On information and belief, Andrei Tomi Birsan (d/b/a Helynt) created the *Mario & Chill* recordings, was not GameChops employee, and never transferred his rights to GameChops in a signed writing, as 17 U.S.C. § 204(c) requires. On information and belief, the copyright registration for the *Mario & Chill* album (SR0000924376) incorrectly lists Christopher Davidson as the album's author and incorrectly states that GameChops became a copyright claimant by written agreement. GameChops also lacks standing to assert its first and fifth claims to the extent they concern videos for which Christopher Davidson, not GameChops, was the subscriber and alleged infringer. Davidson personally submitted the counter-notifications for the videos at issue, attesting that he was the subscriber, and on information and belief the DJ Cutman YouTube channel belongs to Davidson, not GameChops.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. **No Material Misrepresentation.** GameChops' first claim fails because Materia did not knowingly and materially misrepresent that any material or activity was infringing. *See* 17 U.S.C. § 512(f)(1); *Rossi v. Motion Picture Ass'n of Am. Inc.*, 391 F.3d 1000, 1004–05 (9th Cir. 2004). Each of Materia's takedown notices identified works that Materia owns or administers and that appeared in the identified video. Materia sent each notice based on its good-faith belief that the use was not authorized by the copyright owner, its agent, or the law, including after considering whether the use was a fair use. Most of the videos synchronize Materia's compositions to video without a sync license, which Davidson acknowledged in October 2025 he had not sought. Others re-upload Materia's sound recordings outright. To the extent any notification that YouTube forwarded to GameChops or Davidson listed works that Materia's notice did not identify, YouTube's systems added them, not Materia. And even if a notice contained an error, an unknowing mistake, even an unreasonable one, is not actionable under § 512(f).

3. **First Sale Doctrine.** GameChops' second claim, and its fourth claim to the extent based on the same conduct, is barred by 17 U.S.C. § 109(a). The January 2021 settlement agreement authorized Materia to manufacture and sell physical copies of the *Mario & Chill* album during the five-year license term. **Every** physical phonorecord of the album that Materia sold after the license term expired was manufactured during the license term, and Materia owned each of them. Those phonorecords were therefore "lawfully made under this title," and § 109(a) entitled Materia, as their owner, to sell them without GameChops' authorization. The settlement agreement does not restrict the sale of inventory lawfully made during the license term, and Materia did not manufacture any copies of the album after the license term expired.

4. **Invalid Registration.** On information and belief, GameChops' second claim is barred because Registration No. SR 924-376 contains inaccurate information that GameChops included with knowledge that it was inaccurate, including its identification of Christopher Davidson as author and of GameChops as claimant by written agreement, and the inaccuracy, if known, would have caused the Register of Copyrights to refuse registration. *See* 17 U.S.C. §



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

411(b). Materia requests that the Court refer this issue to the Register of Copyrights under 17 U.S.C. § 411(b)(2).

5. **Statute of Limitations.** GameChops' claims are barred to the extent they seek relief for conduct that occurred more than three years before GameChops filed this action on September 18, 2026, *see* 17 U.S.C. § 507(b), or, as to its fourth claim, more than four years before that date, *see* RCW 19.86.120. That includes any claim that Materia "provide[d]" false copyright management information under 17 U.S.C. § 1202(a)(1), because Materia wrote the text at issue in 2019 and has not changed it since, and GameChops has known of that text since 2019.

6. **Unclean Hands.** GameChops' claims for equitable relief, including its requests for injunctions, a declaratory judgment, an accounting, and a constructive trust, are barred by the doctrine of unclean hands. Each of GameChops' claims arises from Materia's efforts to stop GameChops from exploiting, without the necessary licenses, works that Materia owns or administers. For years, GameChops and Davidson posted to YouTube remixes and other derivative works that synchronize Materia's compositions to video without a sync license, as well as re-uploads of Materia's sound recordings, and on information and belief earned revenue from those videos. Davidson acknowledged in October 2025 that he had not sought a sync license. GameChops nonetheless asks the Court to declare that it has not infringed those works and to enjoin Materia from enforcing its rights in them. GameChops' misconduct is the subject matter of its claims.

7. **Preemption.** GameChops' fourth claim is preempted in whole or in part. To the extent it rests on Materia's alleged "unlicensed exploitation" of the *Mario & Chill* album, it seeks to enforce rights equivalent to the exclusive rights of reproduction and distribution under 17 U.S.C. § 106, in a work within the subject matter of copyright, without any qualitatively different element, and is preempted by 17 U.S.C. § 301(a). To the extent it rests on Materia's submission of DMCA takedown notices, it is preempted by 17 U.S.C. § 512. That section establishes a comprehensive



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

federal scheme governing takedown notices, counter-notifications, and remedies for misrepresentations in those notices, including the remedy GameChops invokes in its first claim.

8. **Noerr-Pennington and First Amendment.** GameChops' fourth claim is barred in whole or in part by the *Noerr-Pennington* doctrine and the First Amendment. Materia's takedown notices, demand correspondence, and statements that it might pursue litigation are conduct incidental to petitioning the courts. A DMCA takedown notice starts the statutory process in 17 U.S.C. § 512(g), which requires the sender to file suit to keep the identified material down after a counter-notification. Materia did file suit, against Davidson, who submitted the counter-notifications. None of those communications was objectively baseless. To the extent GameChops' fourth claim rests on Materia's posts on X and its blog, those statements addressed a matter of public concern, the enforcement of rights in video game music, and are protected by the First Amendment.

9. **Failure to Mitigate.** Any recovery by GameChops must be barred or reduced because GameChops failed to take reasonable steps to mitigate its alleged damages. In October 2025, Materia offered to explore retroactive licenses for GameChops' uses, offered to prepare a direct sync and mechanical license, and told GameChops it would not need to proceed with a takedown if GameChops changed the release's title and cover art that week. *See* Compl. ¶¶ 43, 47. GameChops did not accept either license offer, and as of 5:26 p.m. Eastern on Friday, October 10, 2025, it had not changed the release's title or cover art. On January 20, 2026, Materia notified GameChops by email of the infringing videos on its YouTube channels, and GameChops did not respond. GameChops could have avoided the removals and strikes it complains of by obtaining the licenses Materia offered or by removing the infringing videos itself.

10. **Setoff and Recoupment.** Any recovery by GameChops must be offset by, or recouped against, amounts GameChops owes Materia arising from the same transactions, including damages for GameChops' infringement of the Materia works identified in the takedown notices at issue in GameChops' first, fourth, and fifth claims. To the extent GameChops lacked the



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

rights in the *Mario & Chill* album that it warranted in Section 7 of the Mario & Chill agreement, any recovery must also be offset by amounts GameChops owes under the indemnity in Section 8 of that agreement, which Section 4 of the January 2021 settlement agreement keeps in force.

## COUNTERCLAIMS

Counterclaim-Plaintiff Materia Music Inc. ("Materia Music") brings the following Counterclaims against Counterclaim-Defendants GameChops, LLC and Christopher Davidson p/k/a DJ Cutman ("Counterclaim-Defendants").

## INTRODUCTION

1. Materia Music alleges a single counterclaim for copyright infringement under 17 U.S.C. § 501, resulting from the decade-long unauthorized exploitation by GameChops and its principal, Christopher Davidson, of musical works in which Materia Music holds exclusive rights under copyright.

2. Materia Music is a Seattle-based independent record label and music publisher specializing in video game music. Davidson brags that he founded GameChops, a competing video game music label that holds itself out as "The World's Original Video Game Music Record Label."[1] He claims that, over time, GameChops has "grown into the world's most popular video game music label."[2]

3. Since Materia Music was founded in 2015, Counterclaim-Defendants have created more than 100 videos incorporating works by Materia Music artists without Materia Music's authorization or consent and uploaded those videos to his and GameChops' YouTube accounts for free. Counterclaim-Defendants knew how to license Materia Music's works for those videos, because they had done it before. But they chose not to license Materia Music's works for these videos. And when Materia Music requested that YouTube remove the infringing videos due to Counterclaim-Defendants's blatant and systematic copyright infringement,

---

[1] "The World's Original Video Game Music Record Label," GameChops.com, http://www.gamechops.com (last accessed Sept. 26, 2026).

[2] "Our Story," GameChops.com, http://www.gamechops.com/story/ (last accessed Sept. 26, 2026).



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Davidson personally doubled down and swore to YouTube that each had been removed by mistake, without claiming a synchronization license for any of them.

4. Materia Music brings these Counterclaims to halt Counterclaim-Defendants' ongoing and willful infringement of the registered copyrights in which Materia Music holds exclusive rights.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction over these Counterclaims under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (acts of Congress relating to copyrights and trademarks) because these Counterclaims allege alleges violations of the Copyright Act, 17 U.S.C. § 101 et seq.

6. Venue is proper in this District under 28 U.S.C. § 1400(a) because Counterclaim-Defendants may be found here, as they are subject to personal jurisdiction in this District, as detailed herein. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Materia Music's claim occurred in this District, where Materia Music submitted its takedown notices under the Digital Millennium Copyright Act ("**DMCA**"), received Counterclaim-Defendants' counter notifications, and suffered the injury they caused.

**THE PARTIES**

7. Counterclaim-Plaintiff Materia Music Inc. is an independent record company, music publisher, and music production company based in Seattle, Washington. It is one of the first and largest independent record companies to focus exclusively on video game music. It is now among the most well-known and largest sources of music and related merchandise in the video game music genre. Materia Music was formerly known as Materia Collective, LLC, and converted to Materia Music Inc. on July 9, 2021.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

8. Counterclaim-Defendant GameChops, LLC is a limited liability company formed under the laws of the State of Pennsylvania, with its principal place of business in Philadelphia, Pennsylvania.

9. Counterclaim-Defendant Christopher Davidson p/k/a DJ Cutman is an individual who lives in Philadelphia, Pennsylvania, and does significant business in Washington. Davidson is a video game music DJ, producer, and record label owner. Davidson formed GameChops, which he owns and controls. On information and belief, Davidson is the founder, owner, and sole operator and account holder of the YouTube channels @Dj Cutman and @GameChops. On information and belief, Davidson personally posted the videos on the Dj Cutman and GameChops YouTube channels. Davidson is joined as an additional Counterclaim-Defendant under Federal Rules of Civil Procedure 13(h) and 20(a)(2) because Materia Music's claims against him arise out of the same transactions and occurrences as its claims against GameChops and present common questions of law and fact.

## GENERAL ALLEGATIONS

### A. Materia Music's Rights in the Works at Issue

10. Materia Music holds exclusive rights under copyright, as alleged below, in the following musical compositions and sound recordings (the "**Materia Works**"):

| **Materia Work** | **Copyright Reg. No.** | **Eff. Reg. Date** |
|---|---|---|
| A Town Called Hometown | PA0002164011 | Feb. 4, 2019 |
| Before the Story | PA0002164011 | Feb. 4, 2019 |
| CHAOS KING | PA0002164011 | Feb. 4, 2019 |
| Checker Dance | PA0002164011 | Feb. 4, 2019 |
| Don't Forget | PA0002164011 | Feb. 4, 2019 |
| Empty Town | PA0002164011 | Feb. 4, 2019 |
| Field of Hopes and Dreams | PA0002164011 | Feb. 4, 2019 |
| Friendship | PA0002164011 | Feb. 4, 2019 |
| Hip Shop | PA0002164011 | Feb. 4, 2019 |
| Lancer | PA0002164011 | Feb. 4, 2019 |
| Quiet Autumn | PA0002164011 | Feb. 4, 2019 |
| Rouxls Kaard | PA0002164011 | Feb. 4, 2019 |



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| Rude Buster | PA0002164011 | Feb. 4, 2019 |
| The Legend | PA0002164011 | Feb. 4, 2019 |
| The World Revolving | PA0002164011 | Feb. 4, 2019 |
| A Cyber's World? | PA0002553847 | Oct. 8, 2025 |
| Girl Next Door | PA0002553847 | Oct. 8, 2025 |
| Until Next Time | PA0002553849 | Oct. 8, 2025 |
| Attack of the Killer Queen | PA0002553850 | Oct. 8, 2025 |
| BIG SHOT | PA0002553850 | Oct. 8, 2025 |
| Lost Girl | PA0002553850 | Oct. 8, 2025 |
| Another Medium | SR0000784995 | Apr. 24, 2017 |
| Asgore | SR0000784995 | Apr. 24, 2017 |
| Bonetrousle | SR0000784995 | Apr. 24, 2017 |
| Dating Start | SR0000784995 | Apr. 24, 2017 |
| DogSong | SR0000784995 | Apr. 24, 2017 |
| Don't Give Up | SR0000784995 | Apr. 24, 2017 |
| Enemy Approaching | SR0000784995 | Apr. 24, 2017 |
| His Theme | SR0000784995 | Apr. 24, 2017 |
| Home | SR0000784995 | Apr. 24, 2017 |
| Hopes and Dreams | SR0000784995 | Apr. 24, 2017 |
| It's Raining Somewhere Else | SR0000784995 | Apr. 24, 2017 |
| Last Goodbye | SR0000784995 | Apr. 24, 2017 |
| Megalovania | SR0000784995 | Apr. 24, 2017 |
| Once Upon a Time | SR0000784995 | Apr. 24, 2017 |
| Reunited | SR0000784995 | Apr. 24, 2017 |
| sans | SR0000784995 | Apr. 24, 2017 |
| Shop | SR0000784995 | Apr. 24, 2017 |
| Snowdin Town | SR0000784995 | Apr. 24, 2017 |
| Song That Might Play When You Fight sans | SR0000784995 | Apr. 24, 2017 |
| Spear of Justice | SR0000784995 | Apr. 24, 2017 |
| Spider Dance | SR0000784995 | Apr. 24, 2017 |
| Thundersnail | SR0000784995 | Apr. 24, 2017 |
| Undertale | SR0000784995 | Apr. 24, 2017 |
| Your Best Nightmare | SR0000784995 | Apr. 24, 2017 |
| First Steps | SR0000857367 | Aug. 1, 2019 |
| In the Mirror | SR0000857367 | Aug. 1, 2019 |
| Resurrections | SR0000857367 | Aug. 1, 2019 |
| Chill | SR0000784995 | Apr. 24, 2017 |
| Death By Glamour | SR0000784995 | Apr. 24, 2017 |



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| Fallen Down | SR0000784995 | Apr. 24, 2017 |
| Finale | SR0000784995 | Apr. 24, 2017 |
| Ghost Fight | SR0000784995 | Apr. 24, 2017 |
| Good Night | SR0000784995 | Apr. 24, 2017 |
| Heartache | SR0000784995 | Apr. 24, 2017 |
| Metal Crusher | SR0000784995 | Apr. 24, 2017 |
| Tem Shop | SR0000784995 | Apr. 24, 2017 |
| Uwa!! So Temperate | SR0000784995 | Apr. 24, 2017 |
| Waterfall | SR0000784995 | Apr. 24, 2017 |
| You Idiot | SR0000784995 | Apr. 24, 2017 |

11. *The UNDERTALE Works*. Toby Fox wrote and recorded the soundtrack to the video game UNDERTALE, first published on September 15, 2015. His company, Royal Sciences LLC, owns the copyrights in the UNDERTALE soundtrack sound recordings and the musical compositions embodied in them, which are registered under Registration No. SR 784-995 (the "**UNDERTALE Works**").

12. In a written agreement with Materia Music dated February 15, 2025 (the "**2025 Undertale Agreement**"), Royal Sciences granted Materia Music, among other rights: (a) "the exclusive right to digital[ly] distribute and monetize" the UNDERTALE sound recordings "at all streaming platforms except Bandcamp and Steam," which include YouTube; (b) "the exclusive right to otherwise exploit" those recordings, "including, without limitation, granting and administering licenses, including synchronization licenses," through "any and all media now known or hereafter devised throughout the universe"; and (c) "the exclusive right to administer throughout the Territory" Royal Sciences' interest in the compositions embodied in those recordings, including the right "to exploit and administer all rights in and to the Compositions." The 2025 Undertale Agreement disclaims any agency relationship between Royal Sciences and Materia Music.

13. Before the 2025 Undertale Agreement, Materia Music held rights in the UNDERTALE Works under a written license agreement with Royal Sciences made as of May 15, 2016 (the "**2016 Agreement**"). The 2016 Agreement granted Materia Music "the exclusive



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

right to administer throughout the Territory" Royal Sciences' interest in the UNDERTALE compositions, including the right "to exploit and administer all rights in and to the Compositions, whether such rights are now known or hereafter discovered or created," together with the right to exploit the UNDERTALE sound recordings, including by "granting and administering synchronization licenses."

14. *The DELTARUNE Works.* Fox also wrote the music for the video game DELTARUNE. Royal Sciences owns the copyrights in the compositions from DELTARUNE Chapters 1 and 2 listed above, which are registered under Nos. PA 2-164-011, PA 2-553-847, PA 2-553-849, and PA 2-553-850 (the "**DELTARUNE Works**"). In written license agreements made as of November 1, 2018 (DELTARUNE Chapter 1) and September 12, 2021 (DELTARUNE Chapter 2), Royal Sciences granted Materia Music "the exclusive right to administer throughout the Territory" its interest in the compositions on each soundtrack, including the right "to exploit and administer all rights in and to the Compositions." In a renewal license agreement dated May 19, 2025 (the "**2025 Deltarune Agreement**"), Royal Sciences again granted Materia Music the exclusive right to administer those compositions, together with "the exclusive right to digital[ly] distribute and monetize" the DELTARUNE sound recordings "at all streaming platforms except Bandcamp and Steam" and "the exclusive right to otherwise exploit" them, "including, without limitation, granting and administering licenses, including synchronization licenses."

15. *The CELESTE Works.* Helena Chappelle, known professionally as Lena Raine, wrote and recorded the soundtrack to the video game Celeste. She owns the copyrights in the sound recordings and compositions registered under No. SR 857-367 (the "**CELESTE Works**"). In a written license agreement with Materia Music made as of January 25, 2018 (the "**Celeste Agreement**"), Ms. Chappelle granted Materia Music "the exclusive right to administer throughout the Territory" her interest in the compositions on the Celeste soundtrack, including the right "to exploit and administer all rights in and to the Compositions, whether such rights are



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

now known or hereafter discovered or created," together with the right to exploit the Celeste sound recordings, including by "granting and administering synchronization licenses." Only the compositions embodied in the CELESTE Works are at issue in these Counterclaims.

16. Materia Music's exclusive rights in the Materia Works include the rights to reproduce them in audiovisual works and sound recordings, to synchronize them with video, to distribute and perform them on YouTube and other streaming platforms, and to authorize others to do each of those things. Those are the rights Counterclaim-Defendants infringed. Materia Music has held the exclusive right to administer and exploit Royal Sciences' interest in the UNDERTALE compositions since 2016, Ms. Chappelle's interest in the CELESTE compositions since 2018, and Royal Sciences' interest in the DELTARUNE compositions since 2018 (Chapter 1) and 2021 (Chapter 2), and has held exclusive rights in the UNDERTALE and DELTARUNE sound recordings since 2025. Materia Music is therefore the legal owner of exclusive rights under copyright in each Materia Work. *See* 17 U.S.C. §§ 101, 201(d)(2), 501(b).

17. Each of the Materia Works is an expressive and creative work and, as such, is at the core of copyright's protective purposes.

**B. Davidson's YouTube Posts and Infringing Activities**

18. Between approximately May 19, 2016, and March 25, 2026, Counterclaim-Defendants created and uploaded videos incorporating one or more of the Materia Works to the Dj Cutman YouTube and/or the GameChops YouTube channels (the "**Alleged YouTube Infringements**"). A complete list of the Alleged YouTube Infringements with the corresponding infringing URL and incorporated Materia Work is attached hereto as **Exhibit A**.

19. Each of the Alleged YouTube Infringements synchronized one or more Materia Works to video. Thus, by creating the Alleged YouTube Infringements, Counterclaim-Defendants prepared derivative works based on the synchronized Materia Work.

20. By uploading the Alleged YouTube Infringements to the Dj Cutman YouTube and/or GameChops YouTube channels, Counterclaim-Defendants reproduced, distributed,



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

transmitted, or otherwise communicated to the public the Materia Works embodied in the Alleged YouTube Infringements by making them freely available to the public online, with advertising or other revenue directed to Counter-Defendants.

21. Neither Materia Music nor any person or entity acting on its behalf authorized or consented to Counterclaim-Defendants' synchronization of any of the Materia Works to video, by issuing a synchronization (or "sync") license or otherwise. Nor did Materia Music or any person or entity acting on its behalf authorize or consent to the distribution, transmission, and/or communication of the Alleged YouTube Infringements on the Dj Cutman or GameChops YouTube channels, or anywhere else.

22. Materia Music submitted takedown notices under the DMCA (i.e., "copyright removal requests" under YouTube's Copyright and Rights Management Policy[3]) to YouTube for each of the Alleged YouTube Infringements, demanding that YouTube remove the Alleged YouTube Infringements. A complete list of the copyright removal requests that Materia Music submitted and are at issue in these Counterclaims, along with the corresponding Google Ticket Number, Materia Works, and infringing URLs, is included in **Exhibit A** attached hereto.

23. YouTube responded to Materia Music's copyright removal requests by removing the videos and giving notice to Counterclaim-Defendants. After YouTube removed the Alleged YouTube Infringements, Davidson personally signed and submitted counter notifications (i.e., "disputes" under YouTube's policy) to each of the copyright removal requests Materia Music submitted. In those counter notifications, Davidson did not claim to hold a synchronization license for any video. He asserted instead that the underlying compositions were "mechanically licensed" or that Toby Fox "has publicly authorized videos containing this music." In many, he swore that "[w]e produced and own the master sound recording in this video." In others, he relied on a June 18, 2022, social media post by Toby Fox, or described the video as "a short fan

[3] YouTube's Copyright and Rights Management Policy is available at https://support.google.com/youtube/answer/2807622?hl=en-GB.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

video." In at least one, he swore that the video was "my own remix of that music, which I produced," licensed "through an exclusive distribution agreement"—again without identifying any synchronization license from Materia Music or Royal Sciences. A mechanical license does not authorize synchronizing a composition with video. Davidson knew this: the same mechanical licenses GameChops has filed in this action, each naming Davidson as licensee, state that they do "not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work." Compl. Ex. C. A complete list of the Google Ticket Numbers corresponding to Davidson's counter notifications is included in Exhibit A attached hereto.

24. Following its receipt of Davidson's counter notifications, YouTube informed Materia Music that it would repost each of the Alleged YouTube Infringements "[a]fter 10 US business days" unless a suit was filed seeking injunctive relief preventing Davidson's continued infringements. A representative example of one of these notices from YouTube is as follows:

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=uH978Cr2A4c

Display name of uploader: GameChops

I have a good faith belief this material was removed as a result of mistake or misidentification. We produced and own the master sound recording in this video. The underlying composition is mechanically licensed, and the copyright owner, Toby Fox, has publicly authorized videos containing this music.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Christopher Davidson

Christopher Davidson
[redacted]
Philadelphia, PA [redacted]
United States

[redacted]

[redacted]

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**C. GameChops' and Davidson's Infringing Audio Releases**

25. Counterclaim-Defendants have also exploited the Materia Works outside YouTube. Through DistroKid and other distributors, GameChops has released audio remixes, arrangements, medleys, and other recordings based on the Materia Works and distributed them for streaming, download, and sale on Spotify, Apple Music, iTunes, Bandcamp, SoundCloud, Patreon, and other services (the "**Infringing Releases**"). Each Infringing Release, along with the digital service provider ("DSP") through which it was distributed and the Materia Work it incorporates, is listed in **Exhibit B**.

26. For example, GameChops distributes *Undertale Remixed*, an album of ten remixes of UNDERTALE compositions by the producer Holder, on Bandcamp, Spotify, and Apple Music. Before the infringing works were removed, GameChops' Bandcamp page stated that "[a]ll Undertale compositions are licensed and used with permission." They were not. Neither Materia Music nor Royal Sciences authorized Counterclaim-Defendants to arrange, adapt, reproduce, or distribute the UNDERTALE compositions in those recordings.

27. Each Infringing Release reproduces and distributes a Materia Work and is a derivative work based on it, recasting the composition's melody, harmony, and structure as a new remix, mashup, or medley. Several also sample Toby Fox's original recordings. Neither Materia Music nor anyone acting on its behalf authorized any of them. To the extent Counterclaim-Defendants obtained or attempted to obtain mechanical licenses for any Infringing Release, those licenses either were never issued or do not cover the applicable Infringing Release.

28. A compulsory license permits an arrangement only "to the extent necessary to conform it to the style or manner of interpretation of the performance involved," and the arrangement "shall not change the basic melody or fundamental character of the work." 17 U.S.C. § 115(a)(2). And the mechanical licenses Counterclaim-Defendants rely on expressly exclude "the right to rearrange the Composition(s), synchronize the Composition(s) to visual



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

media, . . . or create a derivative work." Compl. Ex. C. Materia Music asserts its claims only for reproductions, distributions, and derivative works made or distributed while it held the exclusive rights alleged above.

29. Since 2025, Materia Music has also held the exclusive right to distribute and monetize the UNDERTALE and DELTARUNE sound recordings on streaming platforms other than Bandcamp and Steam. Each Infringing Release that samples those recordings and has been distributed on Spotify, Apple Music, or another such platform since Materia Music acquired that right also infringes Materia Music's exclusive rights in the sound recordings.

30. Materia Music submitted takedown notices for the Infringing Releases to the services distributing them, including DistroKid, Bandcamp, Apple Music, SoundCloud, and Patreon. GameChops responded with DMCA counter notifications to DistroKid and Bandcamp, dated October 1, 2026, each signed by Davidson as "Owner, GameChops LLC," swearing under penalty of perjury that Undertale Remixed, Pop/Stars Vs Megalovania, and other releases had been "removed or disabled as a result of mistake or misidentification." DistroKid and Bandcamp each informed Materia Music that they would restore the removed material within ten to fourteen business days unless Materia Music filed an action.

**D. This Court has Personal Jurisdiction Over Davidson**

31. This Court has personal jurisdiction over Davidson. Davidson personally directed the conduct at issue at Washington and purposefully availed himself of this forum, and Materia Music's claims arise out of and relate to his Washington contacts.

32. Davidson personally signed every counter notification described in paragraph 23, for videos on both the Dj Cutman and GameChops YouTube channels, under the DMCA. He signed each in his own name, with no title and no reference to GameChops, and listed his personal email address, personal phone number, and a Philadelphia address different from the business address GameChops uses. In each, Davidson swore under penalty of perjury that he had a good-faith belief that the video had been removed by mistake or misidentification. In many, he



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

swore that he personally owned the sound recording at issue—"I own it"—even where the recording was "released by GameChops." Davidson knows how to act for GameChops when he chooses to: in a DMCA counter notification submitted to DistroKid on October 1, 2026, Davidson identified the sender as "GameChops LLC c/o Christopher Davidson," used GameChops' business address and email address, and signed as "Owner, GameChops LLC." When Davidson wrote to Materia Music for GameChops in October 2025, he likewise used his GameChops email address and signed as "Founder @ GameChops."

33. Davidson aimed those counter notifications at Materia Music in Washington. Each responded to a removal request that identified Materia Music as the claimant. Davidson knew that YouTube would forward each counter notification to Materia Music, and that YouTube would restore each video unless Materia Music sued him within 10 to 14 business days. *See* 17 U.S.C. § 512(g)(2)(B)–(C). He also knew, from years of dealing with Materia Music, that Materia Music is based in Washington and manages its catalogue from here. And he knew whose rights Materia Music was enforcing: his counter notifications refer to "[t]he copyright owner, Toby Fox (Royal Sciences LLC), on whose behalf the claimant states it acts," and invoke "[t]he claimant's own published YouTube policy." Davidson's counter notifications forced Materia Music to make a choice: sue him, or let his infringement of the Materia Works resume.

34. Davidson then chose this District to litigate this case based on Materia Music's takedown notices and his counter notifications. Davidson founded GameChops, LLC, and owns and controls it. On September 18, 2026, GameChops filed this action against Materia Music. On information and belief, Davidson authorized and directed that filing. In this action, GameChops asks this Court to declare that GameChops has not infringed the copyrights Materia Music asserted in its removal requests, including Toby Fox's. Compl. ¶¶ 113–17. It asks this Court to enjoin Materia Music from seeking removal of "any material posted by GameChops and DJ Cutman," including the videos on Davidson's personal Dj Cutman channel. *Id.*, Prayer ¶ 1(A)–



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

(B). And it alleges that "GameChops has submitted DMCA counternotices," *id.* ¶ 55, which are the same counter notifications Davidson signed in his own name. Through GameChops, Davidson invoked this Court's jurisdiction to decide whether the uses at issue here infringe Materia Music's rights.

35. Davidson's dealings with Materia Music in Washington go back years, and they concern the works at issue in these Counterclaims. Davidson released at least one album of Toby Fox's music with Materia Music under his own artist name: *Deltarune Remixed*, a DJ Cutman album of DELTARUNE remixes, released in February 2022 under licenses Materia Music granted. In October 2025, Davidson himself described it to Materia Music as "still one of the top Dj CUTMAN albums I ever released," adding that "it would be cool to do another project together for old time sake." Acting for GameChops, Davidson also negotiated and personally signed three license agreements with Materia Music for GameChops albums in 2018 and 2019, and a settlement agreement with Materia Music in January 2021. Each agreement selected Washington law and the courts of King County or Seattle, Washington, for disputes. For years, Materia Music distributed GameChops releases from Washington and paid GameChops royalties under those agreements. And in October 2025, after Materia Music told GameChops that a GameChops video of DELTARUNE music required a synchronization license, Davidson called Materia Music's chief executive and wrote to Materia Music inviting it to "send along a quote for sync," adding that he was "happy to license direct if we can afford it."

36. In the alternative, GameChops is Davidson's alter ego, and its forum contacts are Davidson's. On information and belief, Davidson is GameChops' sole member and decision-maker and personally holds the YouTube accounts for both channels. On information and belief, Davidson does not observe corporate formalities for GameChops and commingles personal and GameChops funds. As alleged above, Davidson signed the counter notifications for GameChops' videos in his own name, swore that he personally owns sound recordings "released by GameChops," and is named personally as licensee in the mechanical licenses GameChops relies



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

on for its DELTARUNE album. GameChops, in turn, groups Davidson's personal Dj Cutman channel among "the GameChops YouTube channels," seeks relief in this action for the removal of "GameChops' and DJ Cutman's content," and claims the counter notifications Davidson signed as its own. Compl. ¶¶ 15, 55, 78 & Ex. C. GameChops even alleges that Materia Music's takedowns targeted works "that GameChops and/or Davidson had licensed" and "works owned by GameChops and/or Davidson," treating the two as interchangeable. *Id.* ¶ 57. Davidson should not be permitted to use GameChops to litigate this dispute in this action while invoking GameChops' separate existence to avoid answering for his own conduct here. Exercising jurisdiction over Davidson here is fair and reasonable. Through GameChops, he is already litigating in this action the exact same issues alleged in these Counterclaims. His longtime counsel, Heather Morado of Morado Law, PLLC, practices in Seattle. She has handled Davidson's copyright matters for years, including certifying, in January 2022, the registration of the *Mario & Chill* sound recording (Reg. No. SR 924-376), which names Davidson personally as its author and GameChops as claimant by written transfer—the same album GameChops licensed to Materia Music in Washington. Davidson identified Ms. Morado as "my attorney" in his October 2025 dispute with Materia Music over the DELTARUNE album, she has represented Davidson and GameChops in their dealings with Materia Music concerning these works since then, and she represents GameChops in this action. Washington has a strong interest in protecting the rights of a Washington company. And resolving Materia Music's claims against Davidson in this action, alongside GameChops' claims concerning the same works, avoids duplicative litigation and the risk of inconsistent results.

**FIRST CAUSE OF ACTION**

**(Copyright Infringement, 17 U.S.C. §§ 106, 501)**

**(Against All Counterclaim-Defendants)**

37. Materia Music realleges and incorporates by reference the allegations of paragraphs 1 through 35 of these Counterclaims as if fully set forth herein.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

38. Materia Music is the legal owner of exclusive rights under copyright in each of the Materia Works, as alleged in paragraphs 9 through 15. The Materia Works are copyrightable works under the Copyright Act, 17 U.S.C. § 101 et seq.

39. The copyrights to each of the Materia Works have been registered with the United States Copyright Office and are valid, subsisting, and enforceable.

40. Counterclaim-Defendants infringed the copyrights in the Materia Works by synchronizing the Materia Works to video without license, authorization, permission, or consent to do so, thereby violating Materia Music's right under 17 U.S.C. § 106(2) to prepare, and to authorize others to prepare, derivative works based on the Materia Works.

41. Counterclaim-Defendants further infringed the copyrights in the Materia Works by copying, reproducing, distributing, and publishing all or substantial portions of the Materia Works in videos that Davidson posted on the Dj Cutman and GameChops YouTube channels (i.e., the Alleged YouTube Infringements, as set forth in Exhibit A attached hereto), and by preparing, reproducing, and distributing the Infringing Releases on Spotify, Apple Music, iTunes, Bandcamp, SoundCloud, Patreon, and other services (as set forth in Exhibit B attached hereto), without license, authorization, permission, or consent from Materia Music, in violation of the Copyright Act, 17 U.S.C. §§ 106(1)–(3), 501.

42. Counterclaim-Defendants' acts of infringement were willful, intentional, and purposeful, and in blatant disregard of Materia Music's rights.

43. As a result of Counterclaim-Defendants' willful copyright infringement, Materia Music has suffered damages in an amount to be established at trial.

44. As a direct and proximate result of Counterclaim-Defendants' willful infringements, Materia Music is entitled to maximum statutory damages of $150,000 for each registered work infringed, or actual damages and Counterclaim-Defendants' profits in amounts to be proven at trial, and/or such other amounts as may be proper under 17 U.S.C. § 504(c).



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

45. Materia Music is entitled to recover its attorney's fees and costs under 17 U.S.C. § 505.

46. Cunterclaim-Defendants objected to the removal of the Alleged YouTube Infringements from YouTube and of the Infringing Releases from DistroKid and Bandcamp, refused to agree not to re-post those infringing works, and requested that YouTube, DistroKid, and Bandcamp reinstate them. As a result, Materia Music has suffered and will continue to suffer substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless enjoined by this Court, Counterclaim-Defendants will continue to infringe Materia Music's rights in the Materia Works and in other works belonging to Materia Music. Materia Music is therefore entitled to injunctive relief to enjoin Counterclaim-Defendants' ongoing and future infringement.

## PRAYER

WHEREFORE, Counterclaim-Plaintiff Materia Music Inc. requests that the Court enter judgment in its favor and against Counterclaim-Defendants GameChops, LLC and Christopher Davidson, with an award of the following relief:

1. A temporary, preliminary, and permanent injunction enjoining Counterclaim-Defendants, and any and all other persons and entities acting in concert with them, from reproducing or distributing the Materia Works (as embodied in the Alleged YouTube Infringements, the Infringing Releases, or otherwise) or any other musical composition or sound recording in which Materia Music holds exclusive rights;

2. An award of damages as permitted by 17 U.S.C. § 504(b) and (c) and other applicable law;

3. An award of Materia Music's costs, including reasonable attorney's fees, as permitted by 17 U.S.C. § 505;



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

4. An order directing impoundment or destruction of all copies of the Alleged YouTube Infringements and the Infringing Releases, as permitted by 17 U.S.C. § 503(a)(1)(A); and

5. Any other relief that this Court deems just and proper.

Dated: November 24, 2026

By: s/ William C. Rava

William C. Rava, Bar No. 29948
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
will.rava@ashurstperkins.com
Asta.Wylie@ashurstperkins.com

Jeffrey Adam Payne, *Pro Hac Vice*
**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399
Jeffrey.Payne@ashurstperkins.com

*Attorneys for Defendants and Counterclaim-Plaintiff*

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on November 24, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: November 24, 2026

s/ *William C. Rava*
William C. Rava



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000