*GameChops, LLC v. Materia Music Inc. et al.*

# Exhibit B to Counterclaims

| | Infringing Release | URL | Date Released | Materia Music Work At Issue | Copyright Reg. No. | Takedown Notice No. (Platform) |
|---|---|---|---|---|---|---|
| 1 | Holder, Undertale Remixed (album) | https://gamechops.bandcamp.com/album/undertale-remixed | 2016-03-04 | Bonetrousle; Fallen Down; Home; Megalovania; Chill; Metal Crusher; Death By Glamour; Finale; Spider Dance; Hopes and Dreams; His Theme; Once Upon a Time | SR0000784995 | 2026-0526-1-6 (Bandcamp) |
| 2 | Holder, Undertale Remixed (album) | https://open.spotify.com/album/7ePfewRP6QXubmsh23eEU7 | 2016-03-04 | Bonetrousle; Fallen Down; Home; Megalovania; Chill; Metal Crusher; Death By Glamour; Finale; Spider Dance; Hopes and Dreams; His Theme; Once Upon a Time | SR0000784995 | 2026-0526-1-6 (Spotify) |
| 3 | Holder, Undertale Remixed (album) | https://music.apple.com/us/album/undertale-remixed/1091032562 | 2016-03-04 | Bonetrousle; Fallen Down; Home; Megalovania; Chill; Metal Crusher; Death By Glamour; Finale; Spider Dance; Hopes and Dreams; His Theme; Once Upon a Time | SR0000784995 | 2026-0526-1-8 (Apple Music) |
| 4 | Holder, Undertale Remixed (album) | http://music.gamechops.com/album/undertale-remixed | 2016-03-04 | Bonetrousle; Fallen Down; Home; Megalovania; Chill; Metal Crusher; Death By Glamour; Finale; Spider Dance; Hopes and Dreams; His Theme; Once Upon a Time | SR0000784995 | DistroKid notice (no. TBD) |
| 5 | Dj Cutman, Pop/Stars vs. Megalovania (single) | https://djcutman.bandcamp.com/album/pop-stars-megalovania | 2018-12-30 | Megalovania | SR0000784995 | 2026-0526-2-4 (Bandcamp) |
| 6 | Dj Cutman, Pop/Stars vs. Megalovania (single) | https://open.spotify.com/album/5d9fjOFksxY5YrZYiSLtLT | 2018-12-30 | Megalovania | SR0000784995 | DistroKid Claim 25080431 (Spotify) |
| 7 | Mykah, Bonetrousle (Undertale Remix) | | 2016-01-06 | Bonetrousle | SR0000784995 | 2026-0526-7-3 (DistroKid) |
| 8 | Mykah, Bonetrousle (Undertale Remix) | https://music.apple.com/us/album/bonetrousle-undertale-remix-single/1077938617 | 2016-01-06 | Bonetrousle | SR0000784995 | 2026-0526-7-4 (Apple Music) |
| 9 | Mykah, Spider Dance (Undertale Remix) | | 2016-01-10 | Spider Dance | SR0000784995 | 2026-0526-8-3 (DistroKid) |
| 10 | RobKTA, Death by Glamour (Disco House Remix) | | 2016-01-18 | Death By Glamour | SR0000784995 | 2026-0526-9-3 (DistroKid) |
| 11 | Holder, Metal Crusher / Death by Glamour (Remix) | | 2016-03-09 | Metal Crusher; Death By Glamour | SR0000784995 | 2026-0526-10-3 (DistroKid) |
| 12 | Dj Jo, Asgore (Undertale Remix) | | 2016-03-18 | Asgore | SR0000784995 | 2026-0526-11-3 (DistroKid) |
| 13 | Waterfall Theme (Undertale Remix) | | 2016-04-06 | Waterfall | SR0000784995 | 2026-0526-12-3 (DistroKid) |
| 14 | bLiNd, Uwa!! So Temperate (Future House Remix) | | 2016-04-19 | Uwa!! So Temperate | SR0000784995 | 2026-0526-13-3 (DistroKid) |
| 15 | Napstablook MegaMix (Undertale Remix) | | 2016-04-26 | Ghost Fight; Chill; His Theme | SR0000784995 | 2026-0526-14-3 (DistroKid) |
| 16 | Arcien, Hopes & Dreams (album) | | 2016-06-20 | Good Night; Reunited; Hopes and Dreams; Your Best Nightmare; You Idiot; Asgore; Spear of Justice; Thundersnail; Enemy Approaching; Heartache; Once Upon a Time | SR0000784995 | 2026-0526-21-1 (DistroKid) |
| 17 | Arcien, Good Night (from Hopes & Dreams) | https://soundcloud.com/gamechops/goodnight?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Good Night | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 18 | Arcien, Reunited (from Hopes & Dreams) | https://soundcloud.com/gamechops/reunited?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Reunited | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 19 | Arcien, Hopes and Dreams (from Hopes & Dreams) | https://soundcloud.com/gamechops/hopes-and-dreams?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Hopes and Dreams | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 20 | Arcien, Your Best Nightmare (from Hopes & Dreams) | https://soundcloud.com/gamechops/your-best-nightmare?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Your Best Nightmare | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 21 | Arcien, You Idiot (from Hopes & Dreams) | https://soundcloud.com/gamechops/you-idiot?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | You Idiot | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 22 | Arcien, Asgore (from Hopes & Dreams) | https://soundcloud.com/gamechops/asgore-arcien-remix?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Asgore | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 23 | Arcien, Spear of Justice (from Hopes & Dreams) | https://soundcloud.com/gamechops/spear-of-justice?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Spear of Justice | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 24 | Arcien, Thundersnail (from Hopes & Dreams) | https://soundcloud.com/gamechops/thundersnails?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Thundersnail | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 25 | Arcien, Enemy Approaching (from Hopes & Dreams) | https://soundcloud.com/gamechops/enemy-approaching?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Enemy Approaching | SR0000784995 | 2026-0526-21-2 (SoundCloud) |

# Exhibit B to Counterclaims

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | Arcien, Heartache (from Hopes & Dreams) | https://soundcloud.com/gamechops/heartache?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Heartache | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 27 | Arcien, Once Upon a Time (from Hopes & Dreams) | https://soundcloud.com/gamechops/once-upon-a-time?in=gamechops/sets/arcien-hopes-dreams | 2016-06-20 | Once Upon a Time | SR0000784995 | 2026-0526-21-2 (SoundCloud) |
| 28 | The Living Tombstone, Bonetrousle (Undertale Remix) | | 2016-09-15 | Bonetrousle | SR0000784995 | 2026-0526-31-3 (DistroKid) |
| 29 | The Living Tombstone, Bonetrousle (Undertale Remix) | https://music.apple.com/us/album/bonetrousle-undertale-remix-single/1154198613 | 2016-09-15 | Bonetrousle | SR0000784995 | 2026-0526-31-4 (Apple Music) |
| 30 | Sprightly, His Theme (Undertale Remix) | https://music.apple.com/us/album/his-theme-from-undertale-single/1492571862 | 2020-01-04 | His Theme | SR0000784995 | 2026-0526-59-8 (Apple Music) |
| 31 | Akosmo, First Steps (Celeste Remix) | https://music.apple.com/us/album/first-steps-from-celeste-single/1392083436 | 2018-06-01 | First Steps | SR0000857367 | 2026-0526-67-4 (Apple Music) |
| 32 | The Icarus Kid, First Steps (Celeste Remix) | https://music.apple.com/us/album/first-steps-single/1561900002 | 2021-05-14 | First Steps | SR0000857367 | 2026-0526-68-4 (Apple Music) |
| 33 | Friendship (from DELTARUNE) (Lofi Hip Hop Mix) | https://music.apple.com/us/album/friendship-from-deltarune-lofi-hip-hop-mix-single/1441829095 | 2018-11-17 | Friendship | PA0002164011 | 2026-0526-72-4 (Apple Music) |
| 34 | CG5, Lancer's Theme (DELTARUNE Remix) | | 2018-11-24 | Lancer | PA0002164011 | 2026-0526-75-3 (DistroKid) |
| 35 | CG5, Lancer's Theme (DELTARUNE Remix) | https://music.apple.com/us/album/lancers-theme-from-deltarune-single/1443891935 | 2018-11-24 | Lancer | PA0002164011 | 2026-0526-75-4 (Apple Music) |
| 36 | RobKTA, Field of Hopes and Dreams (DELTARUNE Remix) | https://music.apple.com/us/album/field-of-hopes-and-dreams-from-deltarune-single/1444192260 | 2018-11-29 | Field of Hopes and Dreams | PA0002164011 | 2026-0526-79-4 (Apple Music) |
| 37 | Duzzled, Hip Shop (DELTARUNE Drumstep Mix) | https://music.apple.com/us/album/hip-shop-from-deltarune-drumstep-mix-single/1455996982 | 2019-03-22 | Hip Shop | PA0002164011 | 2026-0526-88-4 (Apple Music) |
| 38 | Chjolo, Hip Shop (DELTARUNE Future Funk Remix) | https://music.apple.com/us/album/hip-shop-from-deltarune-single/1486305592 | 2019-11-22 | Hip Shop | PA0002164011 | 2026-0526-91-4 (Apple Music) |
| 39 | Coffee Date, Lost Girl (DELTARUNE Lofi Remix) | | 2021-10-17 | Lost Girl | PA0002553850 | 2026-0526-93-4 (Apple Music) |
| 40 | Coffee Date & Curly, Hip Shop (DELTARUNE Remix) | https://music.apple.com/us/album/hip-shop-single/1589385638 | 2021-11-03 | Hip Shop | PA0002164011 | 2026-0526-97-4 (Apple Music) |
| 41 | Coffee Date, BIG SHOT (DELTARUNE Remix) | https://music.apple.com/us/album/big-shot-single/1595541290 | 2021-11-24 | BIG SHOT | PA0002553850 | 2026-0526-98-4 (Apple Music) |
| 42 | Sprightly, Girl Next Door (Noelle's Theme) | https://music.apple.com/us/album/girl-next-door-single/1612835016 | 2022-03-18 | Girl Next Door | PA0002553847 | 2026-0526-101-4 (Apple Music) |
| 43 | Holder, Attack of the Killer Queen (DELTARUNE Remix) | https://music.apple.com/us/album/attack-of-the-killer-queen-single/1826993892 | 2025-07-22 | Attack of the Killer Queen | PA0002553850 | 2026-0526-102-4 (Apple Music) |
| 44 | Coffee Date, The World Revolving (DELTARUNE Remix) | https://music.apple.com/us/album/the-world-revolving-single/1558475077 | 2021-04-09 | The World Revolving | PA0002164011 | 2026-0526-103-4 (Apple Music) |
| 45 | Tudd, The World Revolving (Jevil's Theme) | https://music.apple.com/us/album/the-world-revolving-jevils-theme-from-deltarune-single/1443946414 | 2018-11-11 | The World Revolving | PA0002164011 | 2026-0526-104-4 (Apple Music) |
| 46 | Undertale: Tem Shop / Dogsong (single) | https://music.apple.com/us/album/undertale-tem-shop-dogsong-single/1453340637 | 2019-02-24 | Tem Shop; DogSong | SR0000784995 | 2026-0526-108-4 (Apple Music) |
| 47 | NRMN & Blood Code, DELTARUNE: The World Remixed (single) | https://music.apple.com/us/album/deltarune-the-world-remixed-single/1454752522 | 2019-03-08 | Hip Shop; The World Revolving | PA0002164011 | 2026-0526-109-4 (Apple Music) |
| 48 | Dj Cutman & Smooth McGroove, Bonetrousle | | 2020-02-07 | Bonetrousle | SR0000784995 | 2026-0526-114-1 (Patreon) |
| 49 | VGR, Spear of Justice (Undertale Remix) | https://music.apple.com/us/album/spear-of-justice-undertale-remix-single/1094765955 | 2016-03-11 | Spear of Justice | SR0000784995 | 2026-0526-122-1 (iTunes) |
| 50 | Blind, Uwa!! More Temperate (Undertale Remix) | | 2016-02-20 | Uwa!! So Temperate | SR0000784995 | 2026-0526-123-1 (iTunes) |